FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 JUN -2 PM 3:45
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brand Brett

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

#1, Donald Trump
#2, Attorney General William Barr
#3, ATTNa Name PA, Black clerk at U.S. Attorney office

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

#4 Catholic Monsignor [illegible]
#5 Mrs. [illegible]
#6 Jack Right
#7 Mr. Bromstead
#8 Gary Williams

**Complaint for a Civil Case**

Case No. SAG 21cv 1383
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

(Pls See Attached)

#1. President Donald Trump
#2. Attorney General William Barr
#3. TINA KANEPA [illegible] clerk at U.S. Attorney office
#4. Catholic Monsignor [illegible] O'Hara
#5. Mr. Crittenden
#6. Mr. Bright
#7. Mr. Brentchre
#8. Guy Williams + Brother
#9. Christine Sitler And Cousin
#10 Dave Adams Male Cousin
#11 Dee Little
#12 Keith Schneider Male Cousin
#13 Ricky Glrdz
#14 MRS. Little + Gay Black Man (Don Sims)
#15 Nancy Brett - My MoM
#16 Meredith Brett Female Cousin
#17 Mr. Wheeler
#18 Mr. Wheeler Male Cousin
#19. Joe Antice CoAWG
#20 Robert Rockwell and The Salvation ARMY
#21 Robert Rockwell Male Cousin
#22 Louis Vasquez
Criminal #23 Raul Vasquez Cousin
#24 Mr. Ditrolio
#25 Ditrolio Son
#26 Mr. Spruce
#27 Mr. Reddy + Cota Mission employees
Criminal #28 Jack Right - (threat To Kill me) (Runs The one)
#29 Mr. CRAver - Bald
#30 Mr. Dunn - Black Man
#31 MRS. Hovey - (White Woman)
#32 Stephie Bingham Lapata
33. Michele Lapata
34. Jerry Brett
35. Jerry Brett's Son
36. Sharon Weis + Elton Weis
37. Sharon Weis Female Cousin 50's yrs. old.
38. Sharon Weis 2nd Female Cousin 50's yrs. old.
39. Guy Williams Brother
40. Guy Williams 20's yrs. old Son.
#41. Richard Hamilton
42. Richard Hamilton's 40's yrs old cousin
43. U.S. Marshall Paul - White Man From Jacksonville FL.
44. Officer Henney - Havertown Pa. Police Dept.
45. Officer Maguire - Havertown, Pa. Police Dept
46. Sgt. Shengold - Havertown, Pa. Police Dept.
47. Officer Price - Havertown, Pa. Police Dept
48. Officer Gardner - Havertown, Pa. Police Dept.
49. Sgt. Long - Havertown, Pa. Police Dept.
50. Officer McDonald - Havertown Pa. Police Dept.
51. Officer Gnoble - Havertown Pa. Police Dept
52. Officer Rice - Upper Darby, Pa. Police Dept
53. Officer #37 white Man Refused to give his Name Upper Darby Police Dept.
54. Lt. Joe Grace Havertown Police Dept.
55. Officer Minti Havertown police
56. Officer Pike - Female Sheriff Henrico County [illegible]
57. State Trooper Virginia - Officer Louis
58. U.S. Marshall Ray - Palm beach, FL.
59. US Marshall Joe Tucker - Palm beach, FL
60. U.S. Marshall - Rodney Martin - Palm beach, FL
61. U.S. Marshall - Salvatore Lutman White Man Palm beach FL
62. U.S. Marshall - Mrs Harris Palm beach, Fl.
63. Court Clerk MRS. Banks, Ft. Lauderdale, FL.
64. Court clerk MRS. Noble, Ft. Lauderdale FL

Pg. of. See Attached Pg. 2 of 2

#141 Chris Christy
#142 Whoopi Goldberg
#143 Reese Witherspoon
#144 Stevie Wonder
#3

#134 U.S. Federal Judge Mason - Baltimore
#135 U.S. Federal Judge Cohen - Baltimore Murder 187
Reglusine Joe Greer + Richard Glade + Paul Kensella
Art Stephens Sr.
#120 John Wandlette

#65 Officer Doyle Sheriff, St. Augustine, Fl.
#66 Sheriff Robert Combs Sheriff, St. Augustine, Fl.
#67 Sheriff Mr. Hatch Sheriff, St. Augustine, Fl.
#68 #69 Officer White Man Sheriff, St. Augustine, Fl. In [illegible] William's + Family
#69 Lt. unknown White Man Last Name They Sheriff St. Augustine Fl.
#70 Police Chief - Sheriff, St. Augustine, Fl.
#71 White Man Unknown Sheriff St. Augustine, Fl. Wears 2 Guns
#72 Captain CRAven -
#73 Lt. CRAven -
#74 Sgt. CRAven Toombs County, Georgia Sheriff
#75 Mrs. Chambers - Toombs County, Georgia Sheriff
#76 Mr. Chambers - Nassau County, Fl. Sheriff
#77 Mrs. Chambers - Female Cousin - From Brevard County Criminal at Bicycles Store

78. Donovan McNab - 2 Time DUI Arrest.
79. Donovan McNab's Gay Cousin - Killed called McCoys.
80. Donovan McNab's 40's yrs. old Cousin with Cowboy Hat on In Front of The Orlando, Fl. Sheriff Depts 2 Times, on Crack.
5/ /21 81. Donovan McNab's 20's yrs old Cousin on RT1 In St. Petersburg, Fl.
5/ /2 82. Donovan McNab's 50's yrs. old Cousin on RT1 In Richmond, VA.
83. Virginia County Judge Mr. Holiday
84. Gay Black Man Mr. Holiday -
85. Fred [illegible] + Family
86. Mary Walton + Sister
87. Mr. Ali - Black Man
88. Mr. Cornell
89. Jamille Burksdale -
90. John Cornell - drug dealer
91. William Stuby - drug dealer
92. Mr. Yates Rev. Belmont Baptist Church
93. Mr. Humphries Rev. + Baptist Church In Pompano Beach Fl.
94. Marvin Gentz unknown St. St.

#127 Bill [illegible] Riviera Pan Police Dept
#129 Bill [illegible] Male Gay Cousin In Orlando Fl.
#130 Steve Commanuele
#131 Nichole Dorso + Cousins
#132 Vaillancourt unknown Cousin Clerk In Pinellas
133 Mr. Porter - Baltimore Cop Who Hurt Freddy Gray.

95. John Hume - Baptist
96. 2 Hanes - Mrs. Hume Baptist
97. Joe Hume
98. Carl Hume - Baptist Wilmington's Delaware
99. Tim Hume
100. Richard Hughes Baptist
101. Richard Wilson
102. John Wilson
103. Keith O'Hara's Black Man Cousin Seen Jogging on RT1 In [illegible]
104. Keith O'Hara's White Man Cousin Seen @ N. Columbia St. with a Bull + Chain - Man Marines, White + Black Man Matches [illegible]
105. Joe Dittrich + Wife
106. Joe Dittrich - Son
107. Don Calamari + Cousin
108. David Brennan + Sister + Cousin
109. David Bravo + Cousins
110. John Muntz + Cousins
111. Lori + Haven Meeter
112. Amy Hughes
113. Andy Hughes
114. Chemical Fishman
115. Zane Messenger - US Attorney
116. Emanuel Law Firm In Delaware
117. John Johnson
118. Robert Johnson
119. Louis Guadalupes + Wife
120. Hernando Suarez Deacon
121. Victor Guadalupes
122. Black Man Guadalupes
123. Rev. Wallace - Philadelphia
124. Sunday Breakfast Mission - Mr. Briggs
125. Sam Peale
126. Rev. Fry
127. Office - Briggs Pinellas Park Police

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Frank Britt |
| Street Address | 822 Ithington St |
| City and County | Philadelphia, Philadelphia |
| State and Zip Code | PA, 19148 |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald Trump |
| Job or Title (if known) | President |
| Street Address | 222 Pennsylvania Ave |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC, 20530 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | William Barr |
| Job or Title (if known) | Attorney General of the United States<br>Main Justice Building |
| Street Address | 10th and Constitution Ave, NW |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC, 20530 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | [illegible] |
| Job or Title (if known) | US Court Clerk |
| Street Address | 605 Chestnut St |
| City and County | Philadelphia, Philadelphia |
| State and Zip Code | PA, 19149 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Keith O'Hara & Cardinal O'Brien |
| Job or Title (if known) | Catholic Monsignor |
| Street Address | 320 Cathedral St |
| City and County | Baltimore, Baltimore |
| State and Zip Code | Maryland 21202 |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Crime victims Act - Title 18 - Section 3771 - Victims of Federal Crimes have the Right to be heard in Court
Obstruction of Justice - Don Trump, William Barr, US Marshall [illegible] Catholic Monsignor [illegible] and [illegible] all Obstructed Justice from the last [illegible] years, he [illegible] Jeff Sessions, [illegible] all my friends and witnesses to crimes with US Federal Judge [illegible] from Newark, NJ, US Federal Court Judges

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Frank Brett, is a citizen of the State of *(name)* ________.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ________, is incorporated under the laws of the State of *(name)* ________, and has its principal place of business in the State of *(name)* ________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

3 Million Dollars From Each Defendant because of The longevity of Case

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. They murdered my police partner [illegible] Trump Hernando Sanchez, Mr Wallace and Mr Briggs [illegible] Phila, Pa [illegible] Gertz All The Defendants Lied and Committed Fraud against Me and Biden

They all Followed Me in [illegible] from Pa. To Florida

They Tried To Eliminate a Federal Undercovers Federal Informant to Donald Trump Who Joined our Team 4 years ago with William Barr

I was a Real Spy [illegible] the Boss of The Spys

Mr. O'Shay, This is classified I was on The Jeff Epstein case where he Raped [illegible] Underage Girls, God Bless Virginia Roberts, Lisa M., MRS. White Head and Adriana Ross My Friends,

Trump than Fired The 1st Attorney General Jeff Sessions My Friend we were working on Billions of Dollars [illegible] Corruption Case

Trump than Fired Paul Fishman we were working on a (Trump Case) 892 Million Dollar Corruption Case Involving Don Trump and NJ Governor Chris Christy who Perjured himself [illegible] John Runyon Ex Congressman used Mr McNulty Mr [illegible] & MR. DUNN Refer To US Federal Judge Sue Wiggenton [illegible]

Jack Right Tried To Run Me over with his car on RT 1

In Palm Bay, FL [illegible] and 7 Family Members Committed Fraud at The closed Quick Stop Store in Palm Bay, FL

I would see Jack Right, MR. Service, Mr [illegible] and [illegible] at The City Mission in Melbourne, FL

in [illegible] They Refused To Let Me in The Mission, [illegible] The State of Florida gives Injured people at least 14 days stay

[illegible] Mr Right They That Tried To Kill Me I would See Mr Right in Alexandria, Virginia in 5/1 [illegible] with a white woman 50 yrs old at [illegible] which has [illegible] years with Richard & Mary Ricky and Carolyn Gertz and Her Cousins all Criminals Richard & John Wilson Joe Wilson, Carl [illegible], Monsignor Foley and Staff and St Ives Church [illegible] Real Estate in 10 States In Fraud

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

3 Million Dollars From Each Defendants

Injunction From Obree From All Catholic [illegible] Heath O'Hara and [illegible] to [illegible] the all [illegible] [illegible] the Defendants — Diane [illegible] Family [illegible] Especially Lonely White Woman - From [illegible] County, Fla with her [illegible] Boyfriend and her Husband [illegible] — [illegible] 3 daughter — Christine Sabel [illegible] at [illegible] 69 [illegible] in Palm Beach, Fla

Injunction Against Rev. [illegible] [illegible] [illegible] [illegible] Gay Men trying to [illegible] Me. Using [illegible] Corporation For Years [illegible] hurt me

Injunction against [illegible] [illegible] State Trooper [illegible] [illegible]

Injunction against [illegible] [illegible] [illegible] with US Attorney [illegible] and [illegible] Leary and Leonard [illegible] [illegible] a President of the US and [illegible] Spy team I was [illegible]

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/2, 2021

Signature of Plaintiff: Frank Brett

Printed Name of Plaintiff: Frank Brett

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ______________________

Printed Name of Attorney ______________________

Bar Number ______________________

Name of Law Firm ______________________

Address ______________________

Telephone Number ______________________

Email Address ______________________