I was working on: Oh. Obstruction of Justice — Obstructed Justice into 5 Remington Cases — Don Trump Fired US Attorney General
Jeff Sessions, Paul Fishman, Mr. Berman US Attorney's working on Don Trump's Rapes & GMS
women with Jeff Sessions.   In Title 1 19 USC. #(A) 7(B)(D)(1) — Black and white gangs came
after me    In 1 19 USC. The US Government did not protect an Individual
performing certain official Duties. In 18 USC. #118 Obstruction of
Justice Vice President Frank Brody Pa. State Judge, Joe and Jill Biden, Robert Brody — Democrat Congressman from Phila,
Michael Rubben   Puchy Buntz — Phila, Pa, Senator — Convicted Felon Vincent Fumo — Phila, Pa. a Democrat
Senator Robert Mendez   Senator Nelson from Florida Democrat, Der Mond Fishman attorney, Karen Silver
Solomon Melgina   Adele De Angelo, Janet Mospetz, Henry Miller — US Customs Agent.
(Lieutenant USA)   Ken Brett — US Customs Agent, Mike Beck — US Court Clerk Boss
Steven Larimore — Fort Lauderdale, Fl, Clerk, Mrs. Powell — Fort Lauderdale
Madeline Unknown Latin Woman Court Clerk Fort Lauderdale, Fla, Floyd Wheeler boss
Wilmington Delaware Sunday Breakfast Mission, Rev Rodgers, Fired Deacon Janet,
Don Big (Priest)   Martha his wife, Fired Deacon Gene Carson and his 5 sons, Joe Anice,
Martin Unknown Employee, Rev. Don Edwards, White Man Rev. Duffy, White Man Rev.
Jim Smith + Sue Smith, Virginia — The choir boss, Deacon Al!, Deacon Aubry
Walter Unknown White Man — Employee, Robert C N P Shank — US Court Clerk, Mark Cup Boss
Bunny Knight, Glen Knight, Richard & Marcia Gertz, Ritchy Gertz, Carolne Gertz and their
Richard Wilson, John Wilson, Mr Lovely, Dave Bodine, Willie Bullish, Kathy Bodine, Sue
Bodine   Joey Medina, Maria Medina, Paige Medina, Marie Medina Jr., Chuck and Grace Snyder,
Quiche   Pam Gallagher, Kacie Gallagher, Nancy Snyder, Chrystal Brown, Marie Brown,
Phila Eagles — Howard Roseman Fired, Desean Jackson, Lesean McCoy, Mike Quichin, Joe
Mark Moseby, Ms Renny Seton, MariLynn Moseby US Attorney and her husband a
Baltimore Convict Mung Alan Webb, Manny Gonzalez, Bernice Carter, Larry Rochester,
Jim Hoffman and his brother, Mr Lawff 203 yrs old, John Feeney, Lutheran Church
Lung Haseem Crittendon — drug dealer, Joe Crittendon, Greg Crittendon, Quincy Chamberlain,
Prime Johnson, Kyle Walter, Kyle Carroll, Paul Johnson, Eliza Mato
by   Fired boss of the Bel Lola Mission in Harrisburg Pa, Doug Danger and kill
Mike Nutter used his white staff to commit crime against me and his
friends from me Phila Pa Mayors Slush Fund, Refer: them going interState
Pennsylvania Attorney General Josh Shapiro, Obama Trump, Senate
Clerks put restricted and sealed documents on the State Net
Information about a covered person on the Internet. State clerks sealed
Family Member.

Pg 2 of 37

Publicly available via the internet in a US, Federal Courthouse,
Olivia Tomkins acted in concert with a Philadelphia white Man gangster and
Mafia associate inside the Palm beach US. Federal Courthouse. Olivia Tomkins and Randall
also acted in concert with an unknown black Man who Olivia Tomkins had called on her
cell phone to follow me that same day to a Pawn Shop on the Main Street in Palm beach
Fla in the Commission of several Felonies each. The Black Men and the white Men
both made phone calls inside a U.S. Federal Courthouse and Looted the the they
were taking my picture which is illegal. They were breaking the 1996 FBI telecommunications
Acts, Foreign Intelligence Surveillance Act, In 1983 Civil Rights Act regarding
My Rights to Privacy violated In the 1st Amendment and Separation of Church and State.
Retaliatory against a Whistle blower. They All Retaliated against me, a Federal witness.
Federal Informants, Federal Undercover, Federal Investigator and a Federal Logistics
spy who can put people in place did Time with this evidence to Hundreds, Million
dollar, of crime and corruption I had witnessed In Croce vs US, of America stole 154
lars by Vincent Croce and Larissa Labdd and her husband.

2.     and Mrs, Victor Dretel vs US, of America, her and her husband and the accountant
had stole 30 million dollars from Cascade Soap and Conston Inc. who me and my
dad worked  and had fled to Switzerland.

§     US: Federal  int clerk Madeline Unknown Latin Women In 4/2012. The day that
Mrs,  was a high Ranking drug dealer for Joachim Guzman Loera - "El Chapo"
and  llowed directly behind me Into Broward - Fort Lauderdale Federal court house,
Mrs   is Attorney from Miami FL, and has Place for a Court hearing. Made Mrs
I had sto  in My Law Suit against Mrs Gunther of Muzdan FL, a Volhan
of De Ray  FL and Mrs Gunther's house of Prostitution and Escort Agency- Located
at 100 blk W-Sample Rd, in Pompano Beach, Fla was selling Cocaine to his 3,500
Mathy, Muerte and 3rd unknown to most of the 225 Escort Girls and their drivers,
Clients. The drugs came from Suarez and from "El Chapo" Joachim Guzman
Mr. Gunther had offered me a bribe of 100 hundred thousand dollars I had refused.
He then opened the 3rd Suitcase with 2 Kilos of Cocaine I refused. He told me "Hentai
on everything." I Went home and showed My Brother US, Customs agent from Director
surprised. He didn't know of the cocaine then  tell Times then told me It's y
be you put of there. Don't go back. I left and  Later This was t

Lee Cortes mixing A 371 A+D conspiracy with Donald Trump on his Private Jet from flights and luxury hotel stays and TMPS To Don Mckay for a Bribe and Probable Information Edison Edison convicted Felon of $37M Millions of dollars in exchange for Maybe a Bribe and Probable Information IN U.S.C. #371 A+B Conspiracy to Commit of Fine Against US Government Edward Hopkins In U.S.C. #371 A+B Conspiracy to Commit of Fine Against the US Court + Bribery

CONFESSED and The Committing of The offenses. In 18 U.S.C. Obstruction of Justice by Richard Samson AZ Homa and other offenses. In 18 U.S.C. Obstruction of Justice by Richard Samson AZ Homa

* Chris Christy - 10 Governor For New Jersey as far back as The Vincent Fumo Democrat Senators US Corruption in 2009 a Case VS. U.S. Government in 2008. Pennsylvania's Senator Fumo a convicted Felon at This Time. Senator Fumo also was Friends of convicted Felon Jim Tyson Gangster Buddy Cinnamon and Felon at This Time. Senator Fumo also was Friends of convicted Felon Jim Tyson

Vincent Croce and his brother Pat Croce of the Phila. 76 AS. In The Case of Vincent Croce USA Independence Blue Cross East of Pa, Croce and Larissa Labul and her husband had a Mail Fraud Scheme Going - WITH 4 other Gang Members each

Gary Heuber Convicted Felons where they stole 15.9 million dollars, The 9 Fired Mailroom Silvrian Melghir + Employees of Independence Blue Cross East with some of them having Ties with Robert Menchler U.S. Senator FROM NJ, Betsy Bernaro, an employee at Independence Blue Cross East in The Finance Dept. and chasity Bernaro + Joe Campozano Frank: from Century 21 Lesniac, colston and Mchinney and his brother Monty Campozano Comcast Cable in 2008 + 2011, employees were running the Interference with other latin employees at Independence Blue Cross East in Phila Pa. and AmeriHealth in New Jersey and a Subsidiary Company in Florida at This Time.

I have my wife cheryl Dietti on Tape Stating that and the Finance employees at Independence Blue Cross east of Pa. and their Ameri Health of NS employees were taught to Lie under oath by Barbara Houck The Attorney

Fred Dibona #1 Man and President of Blue Cross East until He died to Lie under oath in court a Felon Joe Frich Than become The President of Independence Blue Cross from death and Joe Frich covered up all The crimes With The Boss of The Attorney's Barbara Houck and Mr. Morris Law firm # Number 2 Man was John Dadds, or #3 Man Vice President John Fuce to from Wilmington Blue Cross Finance Department #4 Man Tom Pappalardo - Vice President Finance, #5. John Byrne Finance Department Criminal Manager #6, Donna Ralston Finance Dept. They Used Gumny - A Black Man and ex Marine to Shred Millions of Dollars of crimes and corruption of Independence Blue Cross and Their Affiliate Ameri Health of NS and Florida Blue Cross. Nancy of Fred DiBona Secretary #1 and Sue Desimone #2 Secretary for John Dadds with her husband Anthony Desimone + Dan Desimone were all Into Summer Sable The Stripper for club wizards at that Time with Christine Sabel Stripper for Gas Light Strip Bar + Penthouse To Slander + Frame anyone who Spoke up against These Scandals.

Joe Biden & Jill Biden knew all this in 2015 & 2016

The Mass Murderers are Floyd Wooley, Boss at the Sunday Breakfast Mission in Wilmington, Delaware and Mr. Rodgers at his cousin Sean with drug dealer Hasseen Crittenden at the Mission and his drug dealing cousin Joe Crittendon, Cornbread (stripper Summer, Ohio Sabol) Joe Aricay, Gene Canson, Hit Hat Hatsel, Shorty-Black woman and a total full time drug dealers and 50 part time drug dealers, Steve Luongo, Perry & Al Pharmacieten Mary Knight on Biven and Jim Stewart, McLuchassey, Bruce and Tom Jackson and Gene Canson's 3 older sons, Mummy Gonzalez and Chris John.

A.T. U.S. Attorney 9/ /20 Tina Hane from 2019 + 2020 had illegally followed me to commit they on 8/18/20 with 2 Male Black Men speeding in Par Silver car in Boti telomphu on Broadhead Rd to cover up Murders by black people and white people and Latin people Crooked District Attorney Bruce Castors - Acrooked White Jewish Men are in with the killers. I saw 1 of these Jewish Men in U.S. Attorney's office in with Cheryl Fishman and U.S. Attorney's Zane Messeyion and Eric Gill and Emanuel law firm and Gary Emmanuel, Black woman Federal Agent Court clerk Mrs. Haroffs from 2010 was in with Lee Ann McConnel and faith sister and cousin and her drug dealers Gene and cousin Black Mary Mr. Nobles, Hasseen Crittenden, Joe Crittendon, Gay Mr. Crittendom

The 2 Jewish white men Attorney's went into Kevin Steele's office in Summer of 2017 and talked to Kevin Steele

I next would see Mr. Hane 20's yrs. old Jogging comming in 50's yrs. old Big Mr. Horn, 20's yrs. Old Mrs. Gillespie Jogging and 20's yrs. old Jogger Jogging and 50's yrs. old Italian Man Jogging on School hill Trail.

Case 1:21-cv-01383-SAG   Document 1-1   Filed 06/02/21   Page 5 of 37

The whole Short Family has Screwed Me For 39 years since 1981. M Key Biff, Joe Short + Jennie

★ ON 9/9/20 I handed all of this 15 pages to Tina Hall Black women criminal when
I saw with White Man U.S. Attorney Jewish Chris. Mr. Marshall Latin Man Hurt Hurt + Black Man Thornton on criminal

7/10/20 #2   Friday 7/10/20 — Lawrenceville, NJ. around 9:00 pm. 2 Black Men crash car on Pg 51 death
are both drunk. NJ G29 LYX Grey car in accident. Black Man called Me a Bitch and a Nigger and
threatened my Life while he was drunk. NJ 693 HZL Grey car Latin woman in with them was drunk.

8/3/20 #3   Black Man + woman — Called Me a Nigger Bitch — (Black woman worked at Turkey Hill)
on cell phone on Main St. in Annville. Pa.

8/3/20 #4   White Man — House # 327 E. Maple St. old White Man called Me a Nigger Bitch.
He was driving his white PA ZH03 7137 — White Truck. He met up with
the Black Men + woman from Turkey Hill at his home where The Black Man called
me a Nigger Bitch The 2nd Time with his pitbulls. I was a Half Block away.
I then walked To Main St. where I was Pulled over by Their cop friends.
Sgt. Stichler and MR. Henna white walking My Bike For No Reason at all.
I Told Them The Story and I added That This is a Hate Crime. They both were in on the
above. Sgt. Stichler knew the White Man and Refused To Interview him.

8/3/20 #5   Cleona, PA. — 2 white Men and 1 Black Man PA G62 - 4627 Red car (US. ARMY)
(Together criminal gang) Called Me a Fucking Faggot at Giant Store in The Parking Lot.

8/10/20 #6   Douglasville, Pa. Latin woman + Man called Me on MT. 422
Gay Nigger Bitch PA 42L 4034 grey car - together with PA JFE 1TTA @ Grey car (white Men)

8/7/20 Friday #7   8/7/20 Reading, Pa. - 3 Black Men PA LHH 4033 Silver car Called Me a Gay Nigger
on Buttonwood St. with a Latin woman PA N XX 5513 Silver cars Threatened My Life.

8/7/20 #8   Friday 8/7/20 Reading, Pa. around 11:00 PM on 5th St, 2 Latin Men PA LPY 3013 Black cars
had a Gun pointed at Me as they drove by Me cursing at Me and yelling obscenity's.

8/28/20 #9   Friday 8/28/20 - at Fed Ex - Market St. Phila Pa. Black man employee Mr. Hall and
Latin woman + white woman   Aaron White Man Criminal in with Gay Black Man from Hartranft St. and 3rd Black Man
Sleeping under The Bridge on Hartranft ST all seen Talking to Black Man Mr. Litz Lp
criminal from The Spc corporation. In 10/2019 and Mr. Farmer white Man 203
yrs. old was hiding in Antrac Woods.

7/ /20 #10   Teal Farmer - big criminal for Many years with Jill + Andy Farmer.
I saw her Following Me From Florida to St. Joe Catholic church in Hay Cross, Georgia.
She was The criminal's Deacon Robert stated. She followed me To Phila. Pa.
I then would See Teal Farmer in a yellow dress at Wawdy's with No Shoes.

7/ /20   Noreen Catterton criminal   I saw Priscy Deacon Mr. Jackson in a yellow dress talking to Rev. Sam Peah at Sunday MISSION.
Mr. Black Berry + hostess criminal at Breakfast Mission in Phila Pa. He's a transexual with Bruce + Jim Jackson.

Pg 60f

They committed a Felony Against Me
From Conshohocken To Phila, Pa
8/20 Ricky Gertz 18 yrs old Male Son with 3 white Friends on Mountain Bikes S/under Me on Schuyl Kill Trails

8/20
9/8/2020 #1
Mrs Flanigan 20's yrs old (Male Cousin) of Robert Flanigan Seen Jogging on Rt. 1 in Haverstown, Pen

[Response Logistics]  Healthy Bronchie — Cousin 50's yrs old white Female a Suspect Jogging
in the Steve Dolan Murders, Healthy & Rich Bronchie, Joe Brenchten
Tom Bronchene and his girlfriend all gave Steve Dolan To Much Beer and he was Killed by their
own Mafia Associate Friends and Ray SPRS was there, S.Thely Tuborellie — Mafia
Fence for the Gambino Crime Family and Crazy Joe Mths Paegan's Gang member
who built My Uncle Charlie Brats's deck, In with Healthy & Healthy, Sue, Laura

(Martha Dolin Filed
with Steve Dolan)   and Dave Bodwin and Laura & Robert TTruman and Janet, Healthy Bodwin's Friend
all followed Steve Dolan from Upper Darby Pa to Cape May, NJ in 1990

Monday 9/8/20 TTS is all New Evidence in Response TO This case.
#2   Sharon Weis — 40's yrs old Blonde Cousin With Fake Boobs Jb Jogging
on Schul Hill Trail from Attorney David Kline's Building to Manayunk, Pa
and Back To Conshohocken, Pa

Monday 9/8/20 #3  David Trans Cousin — White Man 40's yrs old Jogging from Manayunk, Pa
and he threatened Me. He has Long Blonde hair,

9/14 #4  David Kruuel was Seen Jogging on Front St. in Phila, Pa
He was on Black Man Phila Cop's phone and talked to him.

9/8/20 #5  Meredith Brett's — 30's yrs old pregnant Cousin a (McCleary) was Jogging
a Blonde on Schul Hill Trail Committing a Felony against me.

5/9/20 6  Jim McCleary's — 40's yrs old Male Cousin Seen Wearing a Back pack & Homeless
at Mexican Rest. on RT. 1 in Port St Lucie, Fl and Fort Pierce Fl. I was Next See him

5/8/20   Following Me on Rt. 1 in Harford County Maryland he went to Royal Green Gas with a Silver SUV
9/8/20 #7  Carol & Steve & Sharon Yudis — 20's yrs old Male Cousin Jogging opposite way
from Manayunk, Pa To Conshohocken, Pa

9/9/20 #8  Tim Kenney — The Mayors of Philly Pa 20's yrs old Tall Blonde Female Cousin  Seen
Jogging on Schul Hill Trail in Conshohocken, Pa Committing a Felony against Me.

7/1/20 #9  Jim Kenney's — 50's yrs old Blnd Cousin Seen Jogging on Jacksonville Rd.
in Beth Lehem, Pa She Stoped and talked to (Colonial) PA, cop white Man Steve
7/1/20  he then Stoped Me for No Reason. MRS Kenney Then Got into a (PA) Grey SUV with white Man.
7/1/20  Marten Gertz Blonde 50's yrs old Cousin Jogging on Jacksonville Rd. in with Tim Kenney
Noon Family is a Democrat in with The Smith, Loagtee, Guttee, Morrison & Cooper,

#11.  David Bell's 20's yrs old cousin on Biter Black 10 speed Criminal,
#12  50's yrs old another Female cousin with Red Hair of Sharon Weis on Black 10 speed Bike,
#13  Captain Doyle's 30's yrs old Male Cousin on Black 10 speed Bike criminal.

Case 1:21-cv-01383-SAG  Document 1-1  Filed 06/02/21  Page 7 of 37

(2) 89 Med 8/16/20 NH

(2) ALL 89 JL Black Car = Criminal Evidence on Rt. 422
Than She Followed me on Lincoln Ave, with 5 Cars
In with MR. Roads White Mum and Robert Rockwell's Cousin

9/8/20  Monday - Tom Anger's Female Cousin 50's yrs, old Jogging on the Schulkill Trail

9/8/20  Monday - Steve Carramurche's 70's yrs, old Dad walking on the Schulkill Trail
In Manayunk, Pa. He was Shaking Everywhere

9/8/20  Monday - Mrs. Smith White woman around 50's yrs old Jogging on the
         East River, Dr. This is her 2nd Time she is the Criminal,
         She is Judy Smith cousin from Third Rd, in Doylestown Pa.
         Ray Smith and Steve Smith were both seen on Rt. 1 in Sanford, Flo
         David Brott and Cherbe Brott were and stated he was dead.
         "Jim Kenney The Mayor of Philadelphia his Brother followed me

1/1/17
In Summer  from Philm Pa To Manhatten NY and then back to Edgewater NJ,
         where I saw him get out of his car and Talk to other people in cars
         telling them that I was a cop, and Jogging them off, He was committing a
         Felony against me,

9/ /20   # Jay Feathers cousin seen at NIFTY 50's around 20's yrs old
         he was committing a Felony against me,

2/ /20   I Saw Jay Feathers at Rt. 1 in Melbourne, FL. he went to
         Mr. Service - Cita Mission - Christ is The Answer Mission.

Whole of RWright — of The Death of My Police Partner Brian Lorenzo

Case 1:21-cv-01883-SAG   Document 1-1   Filed 06/02/21   Page 8 of 37

John Heart and Hand and John and Richard Wilson here with The killers Manion & Richard Gotz from Heaven
Ricky & Curralynn Gentz and Neldan, LT Joe Greco Austain, Cop Nesty Cop, TVM Holly Snow tha
O'Donnell & Betti Steingold, Pikes and Gardner all in with Stanly Tuberell Dey Crazy Joe Defreges Garyn
(Chester Brett -witness) Ed Digiorgio his sister and son Dan Digiorgio all in with Pregnant Gary & Robert Shields

In 7/ 2016 My 1st day in Sacramento, California in
Broderick Park after over 30 hours investigating The Death of My
Police Partner Brian Lorenzo. I fell asleep around 10:00 AM in The
Broderick Park. Around 11:00 AM with people around. I was "Raped while sleeping" and
exhausted. Captain Doyle's Cousin around 30-35 yrs old Bald head uncled My Pants and
pulled down My underwear. Mr Doyle Than grabbed My testiches and called me
Gay and Penis with "1 hand. The other hand He put around My Neck and squeezed both.
I woke up in Severe Pain in My Crotch and and Neck, He picked me up
around 3 feet off The Ground. I punched him in The Neck and he droped
me on a Rock and Thee Roots. I heart My back and could Not chase
Mr. Doyle; His father was fired by the University of Iowa as the Football
Coach For this; The Players Said he was a Racist and Hated Gay people.
MR Doyle had a bald head and very Muscular. In Broderick Park Seen with
Black Punching dealer Gary Unknown. Lee Ann McConnel and Twin Sister and Hose white Man
Uspand and Lee Ann McConnels Female Cousins in North Carolina go to the Same church as Gary The
Unknown drug dealer who was seen in Manhattan NY. Following He Next to Central Park
with Mr. Noble and Ray from Estee & the Black Men who are Friends of drug addict
John Phuyher and his Brother and Twin Suntee, Cheryl Brett, and Joe Cargueszarson
Matt Thompson, Kenny Shredtzer, Jim Manduent John and Robert & Laura Thumans.

Captain Doyle of The Philadelphia Police Department stated he was going to get me
while yelling at Me from his police car.
Captain Doyle #1, I had Turned him and Italian Man Cop who Lives at 944 McClellan St
in Philad Pa. for pointing a gun in a Black Man's Mouth who they had arrested on oregon
Ave in Phila. Pa in Front of Century 21 and Checkers. The Black Man they had already handcuffed.
#2 Captain Doyle was Seen with Mr Hill on 20th St in Phila Pa. He worked at Spe corporation
#3 Captain Doyle was Seen with Mrs Hill and Marta Marhino The Mob Boss wife Italian
on Passyunk Ave. when She worked for The Public Record Newspaper & Noreen they cont Nu

My 1st day Back From Florida

#1   On Tuesday 5/1/ The Corner Home on Their cell Phone.

5/1/20   I Saw BJ/My Marsella and her female Cousin around 20's yrs. old committing a

8/25/20 #2   On Tuesday 8/25/20 I Saw My Cousin Carrolynn Gertz in Broomall, Pa on Sproul Rd dress in Black and white She had a black dog and a white dog She's The Criminal on her cell Phone again. I never sat around

I would See a 60's yrs. old Mrs. Little walking By and a white woman Jogging By and a Black Man Jogging By around 30's yrs. old The Black Man Stated Mrs. Good's Oriental woman Mrs. Good was seen with drug dealer Hosseem Cotterdon Several Years ago and they are friends

Mrs. Good from Palm Beach, Fl. was in with drug dealer's and white woman Prostitutes who She gave rides too. There were 3 Black Men and 3 white women on RT. 1 The One Blonde woman prostitute was around 20's yrs. old and was around Long 8 Months Pregnant and was walking in her Underware.

7/6/20 #3   Carrolynn and Newton Gertz. 20's yrs. old Red Head Cousin was seen Following me in Jackson Twp. NJ. She drives a Small Grey Car NJ Plates

$ noticed in My Logistic's with her was Oriental Man Mr. Perks, Mrs. Man white Man Mr. Gunn and 40's yrs. old Mrs. Marscka, they all are Criminals

7/6/20 #4   Mrs. Marsella around 40's yrs. old driving a white Car, Stopped his car and Began Making Phone Calls he was Criminal.

7/11/20 #5   Carolynn Gertz - Cousin in Black + white Jogging She's Around 60's yrs. old, Mrs. Little On Main St. in Princeton, NJ. with Mrs. Snyder Around 50's yrs. old together. Both committing a Felony against Me.

and My Home Illegaly - 33 People

#1. Joe Campaszono (-Realtor For Century 21 (Lesniach, Colston + Mchaley)
#2. John Gardner - Realter
#3. Cousin John Gardner from Wildwood, N.J.
★ #4. 3rd Cousin and wife from Wildwood, NJ, Mr. Mrs. Gardner. In with Gene Canson - Fired, "Gene wit man Black Man Fired Dept. Department of Wholynton, Delaware - Fred Deacon Jump + Heather) and The Boss Floyd Wheeler
#5. Maureen Stewart - (Real tor for Century 21 Lesniach, Colston + Mchaley)
#6. Ed Stewart
#7. Ann Smith O'Reilly - Realtor for Century 21
#8. John O'Reilly - He Knows Locks
#9. Mike Gorman - Gorman Painting
#10. Dennis O'Brunel
#11. Lt. O'Brunel - Upper Darby Police Department

31. LT Joe Greco
32. Officer Mimy
33. Officer Bill Hollingsworth
34. Sgts Mike Glen
35. Officer MacDavid Cripwal 9 awhimtc Harvey He with Mr. Boccella Dell Clerk
36. Ed + Pat Hillson
37. Tom Hillson - Republican State Rep.
38. Ron Greco
39. Paul Stelniger
40. Robert Stelniger
41. Dave Paterva
42. Jim Lyons
43. John Lyons

#12. John Cullon + Leaner Mordin
#13. Mike + Eileen Gillispie  Flavia + Lincoln wonder Collins
★ #14. MR. TESTA
★ #15. Mike + Debbie McGlone
(They Stared at My Home) #16. Bert + Ernie Verreckio
★ #17. JEFF McGloughlin
#18. Paul Linder SR.
★ #19. Paul Linder JR.
Villanova #20. Realtors
#21. Bill and Mrs. Vandyke
#22. Tim O'Brien
#23. Fred Deal
#24. Delaware County Fire/Police Dept.
#25. Art + Ruby Stephano
#26. Kathy Stephano
★ #27. Frank Sumpter - Churchlock Gay
#28. Keith O'Brien
#29. Francis O'Brien
#30. Mike O'Brien

44. Brian Towel
45. Steve Towel
46. Sean Towel
47. Matt Cordan
47. Mark Cordan
49. Brian Cordan
50. Dan Cordan
61. Christine Sibel - Summer Stripper
62. Anthony Luongo - + Lisa Gambino Luongo
53. Steve Luongo
54. Dan Luongo
55. Perry Pannacelo
56. Brian Corrigan
57. His Brother Mr. Corrigan
58. Anthony Brunelle + wife
59. Sharon Leb SR. + Husband E.
60. Rob Humes + Ken Thomas Armes
61. Thomas W Shatina, Mr. Mc Goldrick Elec.
62. Terry O'Brien

Case 1:21-cv-01833-SAG Document 12-2 Filed 08/04/21 Page 11 of 37

Not used
Pg 11 of 37

Tom Jackson He was from The Bethesda Mission in Harrisburg Pa for when I was in recovery in The 9/2021
he had a brother Right hand he was released from jail on The Run from Bethesda

11/20/12   I had seen Gene Curson, Old Black Deacon (names Fred) talking to Tim Tibbols about Me
being Gay, They all Fred. Deacon James Tuttle Martha Fred with Gene from Health Department
and were Reporting on me was stated

11/20/18   I had seen Tim Tibbols, Larry LaRue Jr, Roger Wallace Jr and Black Man drug dealer

In with    Husseem Critterdon gang and Joe Bryce Gang white man "The Falcon" Together on the
Sunday Mission 1-15 2017 (#1) I seen Husseem Critterdon in Central Park, Ny. with Mr. Noble drug dealer Later Gary injured

2017 (#2) I seen Husseem Critterdon In Newark, N.J. with a 3rd Black Man Hug Her

2013 (#3) I seen Husseem Critterdon in Middletown N.J. on RT. 9 with a white woman and 3rd Black Man

2013 (④) I seen Husseem Critterdon at Walgreens on RT. 1 in Boynton Beach Fl.

11/19/2017 (#5) I seen Husseem Critterdon on 11/19/2017 on 15th St. with his Son and Female Pedestrian at Bethesda Mission
Charles St. (#6) I seen Husseem Critterdon Gay Cousin In Baltimore at Red Eye Several Times with a childless Black woman

2019 (#7) I seen Husseem Critterdon Gay Cousin Man Following me on Hartwood Rd talking to Debbie Bearly
and then he went to talk to gay Man gang Member Tim Tibbols

2018 (#8) I seen Tim Tibbols on Atlantic Ave. in Del Ray Beach Fl. wearing a Pink Shirt

2016 (#9) I had seen Husseem Critterdon Follow me To The Cass Shelter in Phoenix Arizona
with Mr. Noble drug dealer, 3rd Mr. Critterdon They Communicated drug dealer, Sean Young

(Boss)   Joe Byers, Terry Cranberry

11/20/2019 (#10) I had seen Husseem Critterdon Follow me To The Sunday breakfast Mission in Phila Pa. I was
In with Ken and They hid him and Change his Name, Kevin Love, Wallace.

Deacon Sancles is Buchard's in with Victor Gundalopez and Louis Gundalopez and his Black Man Cousin

(#11) Original white Man Mr. Wood and Mr. Gay Gray and Boyfriend and
Mike Ventura and Gail Cohes, Dawn Cohes and her daughter, Mrs Good and Mrs day
Rob Homes and The Pemberton Oriental women, Mrs. Brook white women all guilty of Many
Felonies In with Relieved Reverend Sammy Evans who left for California
when she lived with 2 thousand people and Black Man Fred Hawkins who lived
who I seen with cousin at Don's Johns In Phila Pa.

10/2018 (#12) Husseem Critterdon Black Man In with White Man Gay Chen and boyfriend
Seen together on 13th St. at The Sunday breakfast Mission - Their Lying

★ 2/13/2020 (#13) Husseem Catterdon - Seen on RT. 1 in Port St. Lucie, Fl.

12/2017 (#14) Joe Critterdon - Seen Threatening My Life at Sunday Breakfast Mission in Wilmington De

7/2019 (#15) Gay Mrs Catterdon Followed me From Orlando, Fl. all The way to The Bethesda Mission
In Harrisburg Pa in 7/2019.

7/2019 (#16) Cut 3 Mean Hill and White Man Gary untrann followed me from Orlando, Fl.
all The way TO The Bethesda Mission In Harrisburg, Pa. where he had followed me for 5 years
with The white staff. He talked to Mr. Booker, Cecil McCrae, Robinson Randolph,
Charles Dennis and his Black cousin cut the Lock of My Locker and tried to steal My L...

(Criminal) #17, Irvin Cunts Men In with Critterdon Byers Family cousin Mr Pennington, Jose Latin Man
and Mr Critterdon on school hill Trust around 300 years old on cell phone on Skate board threatening
and Mr Critterdon in cell phone with Black Men He Slave and Slave Black Men at Red RR
on 11th and Market St. Committed Fraud + Interstate Racketeering with a young...

Sheriff Officer "ZANGARA - Pasco
Pasco County Corporal - MR. James - White Man
Pasco County Sheriff - MRS Henry - Viola
they Pulled Me over for Mb
Pasco County Pouch Later FL Wednesday 1/27/21

a Piece of Shit - He's Criminal
Called Me a Piece of Shit,
Red My Civil Rights said County,
taking. Officer Zangara took
My Civil Rights, I Refused from Taking My Pich Ture
My Pich Ture

11:30 AM
RT. 19 South
Opposite Way

#30733 22 Wall Hunt
Officer MR. ZANGARA he said
off his cell phone
MR. James
MRS. Henry
Leo's Italian Grill
Crutch, CARn Roads Lights
PGW Auto Glass
RYAN Truck
White Man FL NFL 457 Blue Car
Criminal with The NR
White Man FD QHT Z97 White Car
The Way House
FD B1T4 557

Red) DANA (Tanner)
the Man FL) DZM003
Sheriff Zangara - Suv
Ups
Jack + Jill Ice Cream
Red) DISH Network
Red) Frontier
ARNOLD
Sheriff in car
Blue Man FL) Grey Car
Adult Health Care

My Way
11:30 Am
RT. 79 North

Black Man FL) Big White Truck
Budget Oklahoma
FD) JZ1+T99
Dominos Pizza
White Woman FL) JZHT99 White Car
Red) FRONTIER Communications
20's yrs old Stephne Bingham Laquetas cousin
Lunch Truck
St. Lukes Ambulance
White Woman FD) IDQ3UH
43309 - St. Lukes Institute
2:30 pm    Blue) 5Q9MA
Bare Assets - Strip Bar
Kidpress Truck
30's yrs old White Woman In Purple FD) 1316

Pg 48 of

Pulled over in Front of A/D)
She Went to McDonalds

By Orange County Sheriff James Gibson, Said Mr Mapei
(Orange County Sheriff Diego Ford) (Mrs Critterdon)
(Orange County Sheriff Mr Heith)

On Monday P4

Sunday 1/31/21

5:30 PM         White Man (FL) GXWF99 Silver car      Limit Man (FL) PHE 066 Silver car

Apopha Winderd        LATIN Woman (FL) FEDU I88 Black car      Black Man (FL) Y35 CZ9 Orange car      My Way 5:30 PM

Opposite Way         (FL) ELM 118      (10 cars)(FL) 257 CVL Silver car      Winderd Apopha

green Hat   40's yrs. old White Man Jogging (Mrs         Black Man (FL) I067QB Silver car

White Light on His Hat Black Hair,         Striped Next to Me, Criminal

White Woman (FL) EDG4T GRey Truck         Latin MAN (FL) 378 L P X I  Silver car

★ From Christian Church  White MAN (FL) 593 pxJ White Truck         Latin MaN (FL) Get 628 x Black Truck

Homeless White Man Jogger 50's yrs. old         White Man Michigan 6668957 White Car

("In Mc GRwe) Starbucks #140 Windland Apopha         Blue Switty 30557?

(Glasses) Old White Man Jogger goes         Black Woman (FL) 3930 JI grey car

         To Starbucks (Goes To Burger Resh         Blue United Rentals

White MAN (FL) Y5744 BLack Car         (FL) I 19 898

White Woman Employee (FL) H2RH31 White Car

         Panera Bread TRuck

★ White Man Criminal (FL) YGI YPD Black Car Auto Nation

         (FL) LCI 668

★ Catholic Priest   (FL) Z737 NN GRey Car — Criminal
Holy Family Catholic Church

         White Man (FL) Y49 ZPJ White Car

         White Women (FL) I 144 NF White Car

White Women (FL) YOI YZM grey car

# 6664 401 4S, Mart

(FL) JJ2M Red Truck

White Women (FL) BIZ YJI GRey Car

White MAN (FL) ENCE grey car

Black MAN (FL) IGo JMO grey car

(FL) I LVR YZG  Blue Car

(2 Black Men) American Van

(FL) ZJ34 Up?

Black MAN (FL) Y64 YML White Car

Pg 14 of St Jude Catholic Church - 561-746-7974
FL Doc 3726 Registration FL 3364

Tequira 3 FL

White woman 50 yrs old
In Black + White Grey Hair
Jogging + halting off St Jude Wensday 3/m/21
She talked to
2 100 pm She talked to 2nd woman with child
RT1 / South
Orcle hwy        204 ATI Tequza

St. Jude Catholic Church

Monsignor Charles Natcharbsh criminal

Priest Frank D'Amato

Priest Albert Dello Russ

Deacon Leg Left

Parish Secretary - Donna Ferando

Book-keeper - Sadi Gallagher

Receptions Mary Lehman

Facilities Manager Tom Lehman

Youth Ministry - Frank Ferranda

Friar Albert

Friar Frank

Bishop Gerald Barbro

Jimd Murie Ross

St. Jude — Spandli Air Conditioning - Anthony Spardie Criminal

White D'Atar
Man Criminal        FL 960 NHY Black Car

Blue) clean Carpet

Criminal White Man FL W511 grey truck
at St Jude Mantenance Man TOM Lehman Criminal

FL JXP R97 Blue Car

Blue) DLoe sprinklers

FL 205 PJY grey car

A Jenkins

FL 2XL Z51

Green Gray

White MAN FL E Sex BK Black Car

Johnson Davis

White Man FL FHH 3343 FL Cop Thief

White woman Illinois 950 22 Slo grey car

Rountree — (Richard Rountree Criminal)

FL Bea 9P grey car

Black woman
on cell phone FL Y060/Aw grey Car

---

Cynthra Red Essertal
Sam with Steve Lumay and
white woman Man Joggers, 60's yrs old
In with MR, ATI and Perry Paunacco and
Ice Anice Gang
4495 Military Trail Suite 107
Jupiter, FL, 33458-(561) 7996 377

In with knights of Columbus

All County Funeral Home - The Sharkey Family

Vincent, Carole + Vince Sharkey - 56
all criminals

Casper (Italian John from Publix
FBI US Marshals called me Casper several times.

Courier Express

Fed Ex

Blue Mastre

Criminal white EDJAI E48 white Volkshagn
woman

White MAN FL V4 Eguce grey car

Mrs Muscle

EMS Martin County #36

Tequra Jupiter Cop - White Man speeding

(Pee O'Brien attended St Jude Catholic
Church and Rode in a Big Black Suv with her cousin
From Florida

I had seen Ray Smith 50's yrs old cousin
Steven Smith Follow Me + He standard me
and committed Fraud at 1556 RM

Pappachulos Bar and Restaurant In Tequra, Jupiter, FL
In 2020 and 2021.

    I had seen Catholic priest Frath O'Hane Male 50's
yrs Cousin and Latin Man in Front of Pappy chulos Bar
and Restaurant In 11/2020 Following Me in Ozmburs,
They were both Criminal.

Case 1:21-cv-01383-SAG * Document 1-1 Filed 06/02/21 Page 15 of 37

Criminal Mrs. Wilson 40's yrs old

Criminal 938-7 RT 1-Chaykell Pean

Paulen Attorney's

SRI - Dagvar Hara - Indian Man 50's yrs old ambassede
ven kuteswar
temple + cultural center
9554 RT 1 - India Man

Columbian Sts
Friday 5/7/21

50's yrs old
8:30 pm
RT 1 South
opposite way

White MAN + woman Minnesota EAE68a Grey Car

White MAN Ustand Arizona

My Way

30's yrs old PNRS Light

LATIN
MAN (SC) Sup/97 white car

☆ Papa John Pizza

RT. 1 North

Black
woman Virginia UTM 5376 Grey Car

White Man (SC) SVJ 410 Black Car

8:30 PM

(SC) Blue Car Suv

She has a Stripper in South Carolina.

(SC) Home Depot

LATIN Man (SC) SSL 747 Grey Car

# White woman (SC) C574889 Deputy Sheriff

Black Woman (SC) SM2 556 Black Car

Black Man Ustand Arizona SH 25 871

Speedrun Communication

Blue Martin

Black woman (SC) OLH 835 Black Car

Homeless Small 20's yrs. old Black Man

(SC) SSM 167 Grey Car

(SC) UCA 344 grey car

(SC) 830 8pL Grey Car

Room 1 @ 5
211

White woman (FL) 437 GFP Black Truck

White Man
Mr. Wilson (FL) JH JO90 Orange Car HTA

# @ N 213 N. (SC) CCY 139 Red car

Mrs. Wilson went To Quality Inn - 8104 RT 11

Criminal Tennessee D/H 305 Hamilton

White Man (SC) RTN 261 Black Car

(SC) NWF 870 grey car

(SC) 206 99

Budget Oklahoma

House # 7533 white Man Criminal
with Men Sign - House Pair

2/22 Green Logistics
Evesoe got fired from Funk Lauderdale, Ks
Crashed Attorney, Also Leu and Bolton fired

Case 1:21-cv-01383-SAG   Document 1-12   Filed 06/02/21   Page 16 of 37

Jeff Wagoner - Realter criminal

Wagoner - 80 Black Tanker
Speeding criminal Black Man
50 RLW 211 Black Car
and White Man Mississippi D. Cone

Leurng Putnick, SC
Monday 5/10/21

Grey Car
Loyton Man    4Hont Arizona   AHL 3473

White Man
50 524 OMJ white car    My hury
6:30pm
Riot / South    Man 50 02K539 Red car    Ake St Man Truck    6:30pm

Opossdenny    2 Black Men 50 1077 F white bus    White Man 50 XCB 321 Red Truck    Riot / North
on cell phone Gang Your Read
on cell phone chl white women 50 PNX 445 Grey Car    White Man NO PHO 0211 Grey Car
on cell phone criminal Gary White Man 30 SXY 444 Black car    Black MAN 60 T54 VM Grey Thud
Black Man 50 TUQ 633 grey car    Black MAN 50 TMB 733 Grey Car
speeding Black MAN 30 Spe 685 Black car    Black MAN 30 816 21 Black car

8 Wagoner 780 Black Tanker    2 White Men 6 RR 5580 Green Thud
speeding Black Men 50 RLW 211 Black Car    white women 50 TLO 889 Grey Truck
White Man Mississippi D. Cone Grey Car    Black Men 50 TPy 280 Red car
Black Women 50 PQL 272 Black car    5 Guida H Grey Car
white Man 50 SR4 682 Grey car    2/34 Green Logistics
speeding white women 50 OCD 99 60 Red Car    white Man 80 T 1206 Grey Car criminal
speeding Black Man NO HFF 3TJ Black car    white women NO ELF 5390 Grey car
55 cars

Green Shirt    white Man 50 96533 W Grey Car
and tire    white Man NO HB3534 Black Truck
white Man + 50 SHO 457 grey Car
Black women
Mississippi HTC 6642 white cup
speeding white Men 50 MB79 Sherroff SUV
7:15pm white Man 50 pHI 353 Grey Car
#L PO149 Dollar general
white women 50 LHX 274 Grey Car
Red Classic
Criminal white Man 50 PQR 778 Grey Truck
PK O (Blue)
white Man 60 LHC 554 Black Truck
PU NO MO Truck
8 2 white women NO SWgg RN Grey car
white women criminal 60 QG703 Grey car
phil Men 50 LyB227 (Etter Son)

Teal Farmer

Case 1:21-cv-01383-SAG  Document 1-1  Filed 06/02/21  Page 17 of 37

Harvest of Blessings Ministries

Keith Schneider #2654758

5 Miles Before Cheraw SC

Monday 5/10/21

Teal, Shelly and Jill Farmer criminal with Harvest in the Fields Church in Chester Pennsylvania

Next Door    Grooms Funeral Home 1071 Highway 1 South Cheraw SC

| 7:30 PM | New South-Express Freightliner 2015802 | White Woman (SC) RMR 336 GRey Car | My Way |
| RPt South | White Woman (SC) AJF 129 GRey Car | (SC) TZG 886 White Car | 7:30 PM |
| Opposite Way | White Woman (SC) 957 MD Grey Car | (SC) I I W 117 | RPt / North |
| | (Red) ANtS 01 | White Man    Big White Truck - 4 cars | |
| Criminal | 2 White women (SC) Bike Rack Grey SUV Clemson | White Man (NC) MD 4773 Grey Car | |
| | 1 Black Man (SC) UCD 776 Grey Car | White Man (SC) WII 454 GRey Car | |
| | White Man (SC) SCH 701 Red Car 3 thread | White Man (SC) HCB 432 GRey Car Elderly Cheater | |

Both ways White Man (SC) 2219 MH Black Truck

★ Criminal at Teals Hill Rd

DAM Express Truck
US Dot
U.S. Mail Truck
Best Cartage

C+C White thread

(Red) LAB Logistics

Evans Delivery Tennessee U79346

black Man on teal Hill Rd
White Man (SC) 02E 681 Grey car

White Man (NJ) C83 Mye Blue Cars
Blue Woman (SC) STF 139 Blue Car
Speeding on cell phone

White Man (Red) Jack Logistics
+ White Woman (SC) TDG 446 Blue Car
White Man (SC) - Purple Car - Ripped Temp License Plate
White Man + White Woman (X) UVL 8499 Blue Car
Enterprise Cheraw (SC) 9299 SC GRey Car
White Woman (SC) Two 350 Blue Car
w/ OAH St    Schneider # 265 4758 - Truck
Chuck + Keith Schneider Criminal

(#7149) (Red) JoRDAN (Mississippi) A459 0762
White Man + 2 White Women Virginia 4HB 3447 Blue SUV
+ Children

Black Man (SC) TJ4 193 Grey Car
Roll'en Motion Fueler - Criminal

M+M Truck

Yellow Show Turn Truck

Blue MAN (SC) Per 113 Blue Car

Pg 18 of

Blue Lowes Food — Criminal
Thick Criminal
Farm Thick Yellow Thick SC Both ways
Blue Sygma Thick

US, ARMY Tank on Truck
Morton Express
Red Cova
Rex Miller — Friend at Rex Furniture
Arenett
1:00AM
RTI/South
opposite way

(together)        God Thick with Light ?
white Thick SC    Black Car
? NC white Van

Richmond County NC
Tuesday 5/11/21

White Man — Rockingham Police White Suv
Blue SeaBound — Seymore Plougher
(Red) Reeb — Richy Reeken
(Red) Reeb + Door Solution — Lynn Down
(Red) Hline — David Hline Attorney

Purdue Grey Timber       My way
(Red) Mc E/Roy           RTI/North
Blue SeaBoards           1:00 AM

⭐ House #1765 — RTI — White Man (Has a dog comes ⭐ outside)
outside — It's The Criminal again (Bar Chase)

Peach Farm SC ← McLeod Thick goes by
   (8 Farm Thick)  ② Red Thicks
   (Farm Thick)    ① Red Thick
White Man Speeding SC Black Truck
   ⭐   USA Thick
       Blue Lowes Foods
Last 3 Numbers   Roads 007
on Truck ⭐
— Both ways Farm Thick   Yellow Thick SC
       Blue Sygma

(Red) CPS
Old Dominion
Purdue Timber
(Red) #7342? The Dart Advantage
(Red) Reeb — Richy Reeken
Blue Beacon
(Red) Reeb Door Solution
White MAN NC AAM 5593 Silver Car
White Crete Thick
       Black Rockingham Cop Car
Together
White woman NC AMD 7792 Black Car
Criminal

Timber Thick
US ARMY TANK — on Truck
Hide Out Camper
Morton Express
Red Cova
Rex Miller — Friend White Man NC Black Truck
Springdale Rich + Rex Furniture
MTI Air Tanker
Black Man NC Silver Car
Blue → Imperial Dade
Arenett
Reangle Xtra
⭐ White Man Rockingham Police Suv
Black Man NC JBL 5553 Black Car
4:00 AM
② Black woman NC TCX 5933 Silver Car
go to Simply STAY INN (Blue)
White woman SC PDM 2119 Red Car
White Man 3rd Time Rockingham Cop — White Suv

#77496 Estes
White Man Rockingham Police Suv White
Both ways
2 white woman NC Black Car
White MAN NC RSW 3779 Grey truck
(Red) Adams — (Blue) Bud Light
Black woman NC PX 5514 grey Car

Criminals Fogging 2 Black woman in Cemetery
Black woman NO RCB 8238 Black Car

White Man (NC) Cop Black Car Rockingham

White woman NO JCP 7776 Silver Car
Criminal — on Cell Phone in Cemetery Milling
Criminal White Man NO JCP 7501 Silver
Car on Cell Phone.

Rockingham NC
Tuesday 5/11/21

4:00 PM
RT1 / South
opposite hwy

(Black Man
Red) Ryden Truck
Circle A TANker
Black MAN (NC) White Car

Tucker Lumber
Latin Man NO RCB 788 Grey Car
White Man NO Cop Black Car

My Way
RT 1 / North
4:00 PM

(Green) H+W Roofing
White Man Rockingham Cop White Suv

Criminal  2 Black Women Fogging in Cemetery
Black Woman NO Ely 8233 Silver Car
Black Woman ✱ NO RCB 8238 Black Car
White Woman On Cell Phone
Criminal        NO JCP 7776       Silver Car
Pathways  Black Man Virginia JYZ 7778 White Car
4:30 PM — Turned around at Dollar General Criminal
✱        Triangle BProd

White Man  NO Pero 8213 White Car Altima
Evolution Health Club — Criminal
White Man NO JCP 7501 Silver Car
a → White MAN on cell phone said I'm deaf

Guy Williams and Brother
and anger Dany Williams guilty
and Phyps and Horible Man Interstate Robbery

(Red) Chambers = Thombs County
white woman NO RGN 3944 Red Car

GEORGE
RT 1 North
8/30 AM

With Fred + William Cash + Mary Walters
and Doc Holliday. Judge Sohn
Q.C. Hunter — Taylor Swift
With Swift Truck + AR NO FF criminal

Rockingham, NC
Monday 5/12/21

Blue Wallace Construction
Rev Wallace criminal from Prison Pen
Sunday Breakfast Mission.

8:30 PM
RT 1 South
opposed now

Pine Stan
(white Man Black Hair)
Duch at Oklahoma Ave 209
→ Baptist Chutch

(Red) Chambers
white woman NO RGN 3944 Red Car

(Blue) Wallace Construction
Pine Stan

(Red) Bobby Labar
white woman NO FM41 5330 Red Car

My Way
RT 1 North
8:30 PM

White Man — Big white Thud
Baptist Rascal NC
Blue Ready Ice
Blue Man NC MJJ3668 Yellow Thud
Black Woman NO JEB 9094 White Car

grey car

white Man

(Red) Strickland
Spartan Mart
Thud  Two Notch

Estes 67 619
Piedmon 6608
Nevada 22 VANDA Gray Thud
⭐ David Williams

white woman
+ MAN

Moore Brch
Gaddis
NC XS7812 Grey Thud
Panther
(G)      Grey Thud
38/6 Red STARS
white woman NC RCN 6226 Grey Thud
aLish tankers
NC FAB 1926 Blud Thud
UPS
Swift (30) 504/19

Hand
Man

Old  White Man
awhite woman
LATIN Man
criminal

Criminal
Q.C. Tanker
Truck

Criminal NC GWH 5226 Grey Thud
#2717 HoFFMan US 18 Hwy 9th Stt
white woman NO Bluch 2067
white MAN NO FRF 4160
NC FDJ 2406

Pg, 21 of

Smith Thud
Whaley Thud
GT/More (Thomp Son)

UPS Thud
(Red) (Sleetz Tinker)
Thompson

Lillies Tinker
white Man ⑩ PJM3554 grey car
Chatham County, NC,
Friday 5/14/21

6:45pm                  White Man  U.S. Customs  2004
RTJ Smith           White Man  Jet 3502 grey car
Opposite Way      NO  PJZ2529
                          White Man  NO  PME 9753 grey car
                          White woman  NO  HOW 9899 grey car
                          Blk MAN  ⑩ CLH3167 grey car
                          White Man  NO NFHTLL  Black Thud
                          White woman  NO  RAP8365 grey car
                          Cell phone
                          ⑩ WM Motorcycle
White man         ⑩ IAL 3899 Black car
White Man  V  UYM 7519 Blud car
                          Smith
                          Whaley
                          GT/More

White MAN  NO PJP5584 Grey Car
                → NO  Grey Thud
2 Latin Men  NO  TPGZ257 grey Car
White woman  NO  NI3a grey Car
White woman  NO  PTZ9191 Black Cw
                     NO  DMP 5242
2 Cousins white MAN  ARCO  NO HM3341 grey Thud
                          Lillies Tinker
                          White Man  NO PJM2554 grey car
White woman  NO  JAB04C  purple car
Black woman  NO  RAS4913 Grey Cr
Black woman  V  USH5358  White Car
                     NO  HOch
Black woman  NO CMV 1464 Red car
criminal 3 Latin Men  NO  FAA3461 Black car
on cell phone
White woman  NO  FAM4776 Black Cr
White Man  NO  PLP4900 gray car

(Red)  Sleetz Tinker          6:45pm
Thompson                        RTJ North
White Man  UPS Thud  #1   My Way
White Man  FL;  JLY181 grey Thud #2 #3
Latin Men  NO  Jcy 6081 Black Car  #4
covered  covering over Licase plate
Latin Man  NO  FJA6038 Black Car together  #5

Criminal  Gang  US Surmone

Pg 22 of

25 Cords → Exit #81

North American Ward Moving

Bluch Gay (Red)    Moovers

Exit 81 Chatham, NC

Criminal   Bluch Man   gang Black

Criminal   Latin Man - with Gang NC JCC 8319 Black Car

Exit 81 ↓    Friday 5/14/21

Stoped → Mr. Crittenden with him, He

Send they Mum - Mr. Crittenden

Bluch MAN (NC) AHY-? Onever - speeding

3 Bluch Men Delaware Bluch Car speeding

| | | | | | |
|---|---|---|---|---|---|
| 7:00 pm | 2 Bluch women and 1 Bluch Man | Mass. 973 986 Bluch Car | White Man (NC) PHV 4799 Bluch Touch | My Way | |
| RT 1 Suth opposite hwy | White Man | (NC) COR 2462 Bluch Truck | White MAN (NC) 1H3744 White Truck | 7:00 pm | |
| | | (NC) FML 4867 Bluch Car | White Man (NC) F3X 1556 White Car | RT 1 Nover | |

Latin Man (NC)    Buchanans Lawn care

White MAN (SC) TYA 556

★ (NC) E/2S 2150 grey Truck

Bluch Man (NC) 15892 white Truck

Latin woman (NC) HCL 4625 Silvercar

(NC) RBC 5366

Together ↓ White car (NC) FJE 7077 Bluch car

White Man (S) Bluch Car Small Numbers

Criminal   White Man (NC) PHV 4799 Bluch Truck

→ White Man (NC) TDS 2227 Bluch car

Beeped 1 time (Red) S. More

White Man (NC) 6C/F, Grey Truck

STJ Truck

Send I was Dead

2 White Men ★ U Hail Arizona

Red Hoovers

North American Ward Moving

Bluch Man (FL) Not 895 Bluch Car

(Blue) Grey Truck

Latin Man (NC) JCC 8319 - Bluch car

Stoped

(Speeding)   Bluch Man → (NC) AHY - ?   Grey Car

3 Bluch Men Delaware Bluch car

(NC) OC633 grey CAR

7/01 Land Mark Truck

White Man (NC) TFY 5633 Silver Car

White woman (NC) FHL 5355 Silver Car

White Man (NC) PF9 6221 Silver Car

Blue Seaboard

White Man (NC) EMD 9206 Bluch car

White Man (NC) A J 9233 Grey Car

Latin Man White woman (NC) HBB /220 Bluch Truck

(NC) JAK 1521 Red Car

HAG Truck 2570

Bluch woman (NC) EFL 3603 Bluch Car

(NC) FLP 0847 white car

ADC Truck

Bluch MAN (NC) HMV 5558 Thn Car

Sky View

★ Big Bluch Truck #44993

Pg. 20 of

White Man (NC) TAN 6929 Red Truck - criminal

2020 Left Here Reminder Stay Safe in DC.
with Mr. Fishman - criminal in utah
LATIN woman MRS Noriega

Eternal Ware Cemetery NE

Friday 5/14/21

Reminder Foggers Mr. Schneiden and Mrs. Little
Around 60's yr. old on Main St, in Maiden NJ Pg 7) 2020

8:00PM          (Blue)                                Sico Tandem              My way
RTI / South     F hrzron ~ Black + White Trailer    While Man (V) Virginia TCD118 Grey Truck    RTI / Nivea
Opposite way    (Red) CR1E - England                MRS, Lite.   Safe Lite Glass              8:00PM

Loud Car        Latin Man (NC) Black Car   White Man   Michigan D10 4587 Black Car
         3Rd   Time For Latin Man           White Man (NC) B149 7879 White Car

LATIN Man (NC) AJh 4701 Grey Car              (NC) RVV1114  Black Car
White Man (NC) JLG 640 Grey Car              (NC) Loving Mp - Black Car
         Spring Dale Camper                   ★ (NC) Safe Lite Glass
White Man (NC) ABP 232 (Grey TRuck           (NC) ELZ 8889
         Red Ex                                   (Black Thunker)
         Blue MARTIN                              (Red) Excel
         Tester                         White  (NC) PLA 6079 - Grey Thud
White Man & woman (NC) TAN 6929 Red TRuck    Man   Both ways - TON Brothers
Black MAN (NC) Big White Truck

                                              MoMs Meals
         ★ Black Horse                        Red Ex
         LATIN MAN (NC) KLZ 2633 Grey Car    White   OHIO Fyw 2147  Grey Car
Together  Both ways White Men /Spec Police SUV    woman
         Ferraro Foods                       White Woman (NC) HFF 2720 GRey Truck
White Woman (NC) ACC 2518  Grey Car          ★ Sheriff howl county Car
★ Criminal White woman (FC) Pay FBD Black Car      Black Man Red Car
         JB Hunt                              Ferraro Foods Both ways
White MAN (NC) Hep 2395 GRey Car

04 05

Careyn NC
Saturday 5/15/21

All criminals

| | | | |
|---|---|---|---|
| 00 AM | white woman (PC) YL4116 Tan car | Acco US, Mail | 11 00 AM |
| 1 South | white man (NC) TDX 4716 Black car | white woman (PC) CCT 2609 Blue car | RTS 1 North |
| site May | white Man (PC) FFY 9446 Black car + white woman | (→She said I was Real) | My way |

Latin Man (NC) ALZ 4344 Black Car
White Man (PC) FBV 8314 Black car
white Man (NC) EEK 23N Black car Volkshagon
Black Man (NC) FCH 4012 Black Thud
White Man (PC) FLD 1083 Blue car
2 Black Men (NC) TDN 5854 Grey car
white woman White Man (NC) FGV 7301 Red Thud
+ (NC) PRT 6472 Hyndae

white MAN (NC) HDT 243 Blue car
white MAN (NC) PDC 3083 white car
Black Woman (NC) HDM 827 white car

He MAN Daughter Rhode Island GL131 Grey car
Black woman (NC) DHL 5436 white car
(NC) RJ 4358 Black car
white woman (NC) FDM 5899 Blue car
Black Man (NC) FFV 2093 Grey car

Pg 25 of

white woman (M) Sex 3451 Grey Car

House 1104 Belleview Rd

with House 1 107 - White Man - Belleview Rd
Black day with Car
Northwest gang - Criminal

Farm Fun, VA

Monday 5/24 /21

| | | | |
|---|---|---|---|
| 8:00 pм | Latin Man on cell phone V Upt TTT6 (Red Car) | GSVTX 6662 Red car | My way |
| Belleview Rd | V VFr 9576 Black car | India woman t son V HBt 2553 Red Car | Belleview Rd |
| Opposite way | V MJH 6917 Red Car | Black woman V Wive 2057 White car | 8:00 pм |
| Font Hunt Rd | Black woman (M) 59822 Black Car | Black woman V HLP 7968 Grey car | |
| | V VrT 1789 - Black car | | |
| | (Red) Pulley Thud Stops | 20's yrs. old Black Man in Blue Bttt | |
| at Martha Washington Library, Stays all Night | | Black woman V 4HB 9711 white car | |
| | | White woman V GAO 529 Blue Car | |
| | | on cell phone Together | |
| | | white woman V VBt 9891 Blue Martha Washington Volkswagen | |
| | | White Man & white woman V VPM 8731 grey car | |
| | | V 4 WF 5208 grey car | |
| | | white Man (M) 1tt6 5254 Grey Car | |

Pg. 26 off

MRS. Good Criminal

LATIN (V) VHY 3528   grey car
7:00pm
☆ 2907 Poppins LANE (Sri Louis)
Latin Man (V) YOZ & 528 grey car ~ Criminal
Monsignor Heith O'Hara + Dort BIG

Fair Fax, VA.
Monday 5/24/21

| 6:00pm | U Haul Customer Service | | 6:00 pm |
|---|---|---|---|
| RTi | South | Good Friends | (V) UGS0362  grey  RTi | North |
| opposite hwy | Latin Man 50's yrs. old | Latin woman on small | My hwy |
| | High Rubber Black Boots, Criminal | wheeled Bike 40's yrs. old  gas powered | |
| | Metro Access | (Blue) John Hopkins Farm Equipment | |
| | VeriZon | (Red) MR. Handy Man | |

Cherry ARMS  (V) UFX 9866 Black Car
ARMS, Black Man
4/1 Fairfax Firetruck
Black Man (V) 23991 Black Car
White Man (DC) FA801 Black car
White MAN (DC) FRG572 Grey Car
US Grantth
Black Woman (Md) 2 CW3883 grey car
(50's yrs old Latin woman walking Fast)
White MAN (N) JNR 5977
(Criminal) Black woman  (V) VHA3959 Grey Car
on cell phone
Latin MAN (Md) 8 EW 297 Grey Car
Jam miller Square
Verde Scapes
(Red) Handy Man
Black Woman (V) VWH 5342 B/5u45 Car
2 Latin Men (V) UV4 7311  White Van
2 white woman (V) UES 3515 grey car
Criminal white woman (V) VSUX 889
on cell phone
Ventura Truckss
White Man & woman (V) URG 3762 grey car
3521 Fair Fax Cop
(V) UEY 4271

(V) UPZ 6334 GRey Car
(V) HMJ 7757 GRey Car
(V) 44308 C  (Sri Louis)
Grey Car
(V) UHZ 9646 - Blue SUV
Blair Towing
Black Man Build - 50's yrs. old
2 India  (V) XVA 4858  white 2306
Women  car
BEacon

CRuze Camper

White Man (G) C Le 8529  Criminal
GREy Thuck
Latin MAN (G) CoL 2543   GRey Thuck
White MAN (V) cTT 4445  Red Car
White MAN (V) 4 XF 1600  Black Car
Black Man (V) 4JX 3381  Black Car
Criminal
(V) UEY 5348   Black Car
White MAN (V) WPZ3087  Grey US. ARMy
car
Black MAN (Md) 1142 Grey Car Criminal

Pg 24 of

10th str 56305 House to
White heaven ① JEE 2056 Red Truck — Silver Car
Jim Carroll Criminal
Thorsen
Fairfaxn VA,
Tuesday 5/25/21

Rawl Vasquez cousin 40's yrs old — How You Doing
Raul Vasquez cousin 40's yrs old
(Red) Hernandez — Mr, Hernandez criminal

| | | |
|---|---|---|
| 6:00 AM | (Red) Putty Thresh | DSCO | 6:00 AM |
| Fort Hunt Rd | WM — Thug? | White ⓥ VHM 789 Grey Car | Fort Hunt Rd |
| Opposite hwy | | heaven | My Way |
| | Red Bechen Electric | (Red) Hernandez | |
| | ⓥ VYM 4448 | Latin Man ⓥ KAP 5067 | |
| | Latin woman ⓥ XMy 117 | White Man ⓥ KYF 2801 Red Car | |
| | Black MAN ⓥ UDZ 3357 | ⓥ VXY 5703 | |
| | White woman ⓥ UMC 5116 Grey Car | | |
| | ⓥ VCY 4196 | White woman ⓥ UFZ 8028 Bellvue Rd | |
| | White MAN ⓥ ULP 2474 | Double Eagle | |
| | White Man ⓥ OMC 08 272 Silver Car | 30's 5 yrs old Latin Oriental Man Jogging th | |
| | ⓥ VGM 3703 | all Black Very Muscular Criminal, | |
| | ⓥ VZ 5719 | | |

White woman + Man + White Man ⓥ VLA 7395 Silver Car

Black Man Md 3560 White Car
Jim Carroll
ⓥ ZMFN 244 Grey Car
Black Man Md FSU 961 White Car
Thorsen
ⓥ UWV 2658
ⓥ YXS 6688
Fort Hunt Md 4Dh 9649 Silver Car
White Man ⓥ y4t 2508
Bellvue Rd     A     ⓥ WZY 5855 Grey Car
10th Sr   White Man Md SEG 9922 Grey Car
2 Latin Men ⓥ XJT 9803
ⓥ WEE 3721
Black Man + Mr, Pennington — 30's yrs old
E Prairie of Defulton House # 6617 Blonde White woman
ⓥ C69 ML4 Sp Grey Car
3 Latin women ⓥ WMX 3102 Red Car

Pg 28 of

sporteg _____ HGG B Blk [illegible]

and white women with Black Hair 50 yrs old

No offers and No exceptance     Fairfax VAn

for Mr Right and Spokes ending

Mr. Right + Family always Cheat and Tuesday 5/25/21.

Lies

Bell vue Bvptist church

Richy Gentz [illegible]

MR. CRAVEN

| | | | |
|---|---|---|---|
| 7:30 AM | White Man Ⓥ 4eX 9350 White Car | White MAN Ⓤ 3324 p | 7:30 AM |
| Bell vue Blvd | Tenth ST Toged to Spokes ear ven | weehs | Ky Way |
| opposite hm | White woman Ⓥ XFY 2294 Black Car | (Red) Hesterson | |
| Blue | Bell vue Ⓥ HFe 9899 | HCSL | |
| Black woman Tenth St 581 HZL Black Truck | | Saunders Land stages | |
| Font Hunt | White woman Ⓥ 4HZ 4608 Black Car | Hesterson | |
| | White woman Ⓗd 9CC 1491 Black Car | yard Man | |
| | Ⓥ VHC 5049 | White MAN Ⓖ CHP 7450  grey car | |
| | Ups | 1627 Fair Fax Condy School bus | |
| ORiental woman | Ⓥ ued 1229 | Criminal  Black MAN Ⓥ ULF 1833  Black Car | |
| | Ⓥ VCT 4134 Black Car | Criminal  Black Man Ⓟ3 LWh 4854 grey car | |
| | ASA Turn blue | Black Man Ⓥ HLE 6410 Black Car | |

☞ The Yard Man

Ⓥ YHE 5659

Good Mourning - white woman Sad

Case Equipment

White woman Ⓥ VHV 7000

50's yrs old Latin woman Jogger

Ⓥ VYM 1127

From Catholic Church White Man Jogger

40's yrs old 2nd white woman MXS, Mourning

White Ⓜ Ⓐ Ⓝ Ⓥ 4A3955

White Man Ⓥ ULe 3695 grey car

White Man Ⓓ/MMaster

Cecilia's House Cleaning

☞ ➙ Don's John$ Housing

➙ Black Man Friend of 50's yrs old Mrs, Little and S/ Byers

Black woman Ⓜ) 5173

Latin Man Ⓓ3 GF 2931 grey car

Black woman Ⓥ VYJ 3746 Black woman

White woman 6939 - Columbia Dri          MR. Bhemichue - Male cousin (V) XRF4843
                                                                                           grey car
Hen Jenkins Criminal              I saw his cousin around 20's yrs. old on Rt11
House 6924 Columbia Dri    |  Fuirt Faxn Vts,      In Raleigh N. Carolina following me on 5/16/21 - Sunday
White Man (V) VFH 4199 Grey car  |  Tuesday 5/25/21    Mr. Wall On Rt11 Criminal 20's yrs. old
Latin Man + Latin Woman                                              Black - Ribble Bitre - white woman
                                                                                                            White Man
8:30 AM       White woman                grey       Black Specialized Bitre Jewish  |  My Way
                   (V) AWG WDN            car                                                        |  Fort Hunt Rd
Font Hunt Rd   50's yrs. old Big Bald white Man - pepper Spray  (Blue) Beacon  |  8:30 AM
opposite hwy   Oriental Man                        Black Man (V) UGP7336  /
                  + woman (V) VFH 3188 GRey Car
      Criminal   (Raul Vasquez)                          (V) VRM 4718

(From Sports?)  White woman (V) Driver A Grey Car     White woman   LXY 420 White car
              White woman Ribble Bitre                  White woman (V) UMP 5922 White car
              Jewish Man  Specialized                   (Md) SBL 576  Blue Car
                  Safe hwy                                  (Raul Vasquez)
White Man (V) UPC 6184  Black Car      White MAN (V) JPW 2168   Black car
              Leonard Thules                             Mosquito Joe
                 (V) UDL 771                          A Morgan - (V) UEX 420
              Henny Jenkins                    White MAN (V) UEX 426 Morgan Truck
                (V) XJM 2175                          All States Transport

Cousin   (Mr Drenthe (V) XRF4843 Grey Car)
   Black Man JB Hunt India 455 492 Final Mile
 + white woman
Rollins Dri
   2 Latin Man (V) 189332  white Truck
(Criminal  white woman (V) WVC 5559 green Car )
       white woman hiding in Back Seat Criminal )
                  Apple Moving

fitting on 12/29/2006 in Orlando, FL. Plea white Man Arrest me at the and stated they where going to get me several times with their Mafia friends e) Mrs Doyle from University of Iowa

Captain Doyle's — Raped from Football Teams coach) In 8/2016 In Broderick Park Sacramento California my 1st day there white investigating the death of my police partner Philadelphia Police Brian Lorenzo. I fell asleep after a 30 hour investigation around 10:00 AM. I woke up when a giant Build head white Man very muscular Mr Doyle (around 11:00AM) had undun my pants and pulled my under wear down and Then he Iowa University Futbol coach picked me up By My Testacles and penis. I punched him in the Neck and then he dragged me onto some Tree Roots and I Injured my back Then Since Mr Doyle Raped Me. He then Ran away. He was around 6'7 inches tall Build head and around 245 pounds came from Sacramento Gymnasium In front where I saw him with Magnus Lyons Manta talking. They talked to 3 white Sacramento California cops.

I Saw Magnus Lyons Jogging On Sunday I saw Magnus Lyons Jogging and committing another felony against me Jogging next to the Capital. Magnus Lyons and Captain Doyle's cousin ran in with drug dealer Black Man cops entered the Mall. I Saw Sam Clay cousin around 40's yrs old There Liea Chen Front dele shop I Saw Sandy chen female cousin there around 40's yrs old At this Time 4'0 Felony Counts I Saw Hassein Crotterdon with a Back pack on with an Oriental Man and a white Man Both wearing 3 piece Suits all criminals Next to the Sacramento Cap

(together) I Saw Frank Collins Sr around 20's yrs old at the Firemans Museum Street I Saw Dennis O'Donnell's Male cousin and wife around 20's yrs old at the Firemans Museum In Front of The I saw Kathy Gambino and her Husband cousin at the Firemans Museum across the Street Sacramento Capitol Monsignor Riley and Fired Harte and Mrs. Perez all committed Fraud Magnus Lyons Magnus Lyons Red Head Cousin around 20's yrs old with Mrs Light 20's yrs old a former stripper in Columbia South Carolina. I Saw Front of The Philadelphia Sports Club Gym when I was walking on crutches painted limon the Heinz. Blake Gladfelter and Mr. Scirico of Pa. Avondale Sco Mr Lyons stated to Mrs. Light that he was a partner in the felony Raped an stated he was supposed to be My Police Partner and he was Responsible for my Cousin Chase Utely of the Philadelphia Phillies during this time. Blake Gladfelter was on My College baseball team and I had not seen in awhile in 35 years. I Saw his cousin around 20's yrs old walking Main on 391 In Saw In Front of The Reel Roof Inn and Phebn Par Diner.

the Mafia Chase Utely, Cole Hamels, Cliff Lee, Roy Oswaldt, Roy Holliday all was Mafia bossing Parties with Sue Bath Jr, Dave Booth Jr, Laura Booth Jr and Kathy Booth Jr who Joel, Jan and Not Harte's daughters Sara Page and Harte Harte Jr. Lee a

Pg 31 ct

703 Knots + Block M
DC Cop 72 BLACK Woman

Bill Lowe - 2130pm
LATIN MAN - 3430pm

TACOMA Park, Md
Thursday 5/27/21

JACKASS MAN BAM — From Jackass show
John Truck VINCE - From Jackass — crminal
and GreedButter - From Jackass show all crminal
in wi Jannie Thompson

| | | | | |
|---|---|---|---|---|
| 11:36 pm | Latin Man (M) FP2 562 | | Black MAN (M) LED 6304 | 11:30 pm |
| N. Hampshire | Black MAN (M) 2ED6)74 Grey Car | | Black Man LUG11 56 Black car | Kennedy St |
| DPOPE Ivay | DC Fx 4445 Grey Car | | Black MAN (Ny) Ieg 2589 Grey car | My Ivay |
| (5 coming cars) | Black woman (Td) 2EE 2093 Silver Car | | White MAN (DC) 412 CAR car | |
| | Black MAN (M) GJ6594 Black Car | | Black MAN (P.) P403 SUV cop | |
| A | Black woman (N) 8PA 504 Grey Car | | Black woman (P) 3995 Grey car New Hampshire | |
| | Black woman (M) 5055 Purple car | | Black MAN (M) 10 29734 Grey Car | |
| | Black MAN (Md) 9DM 43ra Black Car | | Black Man (V) TL448 Grey Car | |
| 2 Latin men | (DC) PZ8347 Grey Car | | DC GF1211 Black Car | |
| (Dead MAN) 203 yrs old 2 LATIN Men — Black Dog | | | Black CAR (DC) Dp 7763 TAN Car | |
| 14 st Latin Man (DC) 4042 Cop Car | | | Black Woman (PC) FAH 7202 Black MAN | |
| (DC) GA 2185 Grey Car | | | Black Woman (NE) TD4146 Grey Car | |
| Black MAN GI 4717 Black car | | | Black MAN (PM) DC cop 96 21 | |
| Latin woman (DC) PR 7942 | | | Black MAN (DA) LBM 3134 Grey Car | |

| | |
|---|---|
| DC Cop 4081 | BLAC MAN (DC) Fy 9064 Grey Car |
| DC Cop 486 | ★ AoLE 28 276 |
| Black MAN (DC) LDG 8308 Grey Car | Black Man (DC) 6373 Grey Car |
| S (V) GJ 9614 | 1119 Tacoma Park Cop SUV |
| Latin woman Black MAN (V) 4TV 9491 Black car | (Md) IV BO 1180 Grey Car |
| Criminal (Serge) Cop 9/21 - Black Man | (Md) 6 DA 4121 White car |
| Blue Pepco | White MAN (Md) 4FJ 7181 Grey car |
| Md 289 654 | White MAN (V) WD 3253 Black cop |
| Black woman STD064 Black Car | LATIN (Md) 3EB 279 White Van |
| Tacoma Park Med STAX Health | Black MAN (V) 2CT 6137 Black Car |
| Oriental Man (Md) C3W899 West Virginia | Morgan Truck |
| White MAN (DC) FM 09 06 Black MAN (Black Car) | Black MAN (V) UAB373 White woman |
| 203 yrs old Black MAN | (V) Georges VAN |
| Black MAN (Md) 278 546 | |
| (Md) IDL 1546 Black Car | |
| 2 White Men (Md) PDP 2570 Black Car | |

LATIN MAN (M) 3EL8984 Black Car

FIAN (M) (blue) Grey car

Tacoma Park, Md
Thursday 5/27/21

5:00 AM    Black (M) 648 5213 White
Riggs Rd         MAN          Van
opposite hwy    (M) 627 2003

PFG - PUMA

(M) 2CD E932 Grey car
(M) 7DDY772

2 Latin women (M) 4FM1118 Grey Car
LATIN MAN (M) FZ5368
LATIN MAN (M) 6DD3312
2 LATIN MAN (M) FX9900
Gonzalez LATIN (M) GE4 3750 White Van
       FIAN
LATIN MAN (M) 8TE4204 White Van
LATIN MAN (M) 7ED2275
Structural Engineers
City Church Van

→         Latin Man (M) 1DZ7716 Grey Church
→ (Red Hat) Latin Man on Red Tshirt Bike
     └ 40's yrs old - with 2 White Men from Bicycle Store.
→ ★ (Latin Man) a White Men from Thee Company Original - 30's yrs old - 3 Boys at Thee Company
→        LATIN MAN + woman in Blue overall 40's yrs old walk by.

Joe Biden
Secretary of State is Mr. Blinken
Ned Price is State Department Spokesman
for gay rights
Richard Gruennel - The US Ambassador to
Germany.

Pg 33 of   Old White Man
              He went to sports clips —        To Ellis Port Tire Co.
white Muslim MAN gave me Tag   T260 D-RT1     with Black Man 20's yrs. Old
Finger (Md) 5DE Tar 9 reveletes   Howard Cumbeyn Md
                                  Monday 5/31/21

11:30 AM   Oriental     (Md) 6230 Grey Car   At Chop Sticks   T26 BD   My Way
7230        Woman                                            (Md) 1DE 8419 Red Car   11:30 AM
RT1) South   G Reen Valley Market Place      (Md) 6EC 7622 White Car   RT 1 North
            Oriental Woman (Md) 5DE 5050 Grey Car
            Black                                        Silver Car
            Woman (Md) 8437 O'Donnel Blvd Car   (Md) 7637   Cleveland Brown
              1832 Sushi Cox                     Facial Wealthy Store - Md 76 H
            Black Woman (Md) 3DW 2742                             Latino Super Store
          On Cell Phone (Md) 3DR 2376  White Car   Oriental (Md) 8DW 3194   Red Horse Carriden
            White Woman           Equinox         Man
            Black Woman (DC) PHP 3409 Black Car    (Md) 2EF 0397 - Silver Car
Facial Imaging                                    Red Horse Carriden
  White Woman (Md) X DH 306 grey Car           until MAN (Md) 9995 grey Car — 2nd Time
          (Sports clips)
          (Md) HTT 8607 Grey Car
  white woman (Md) A29 6475 white Truck
Nail + Baler   White woman (Md) 3 EM 9276 Black Car



          Black woman (Md) 5EH 6669 Silver Car
          + 2 Black Women
Montgomery Ave.   Recycling (Md) 5859 Black Car
          Black woman (Md) M 755 X X
          White MAN
          Muslim MAN (Md) 5DE T 21 grey Car
Gave Me Me flyer (Md)
          (Md) 1549 Red Car
          Blue B5 A Seafood
    White MAN (NJ) HVJ 5034 Black Car
  Oriental MAN (Md) 4DT 6943 grey Car
white Man (Md) 7DW X32 Grey Car
ADA  (Md) 8DY 3150       Motorcycle
          White Man (Md) 1628
    Albright (DC) C+ 9951 Grey Car   Biden + Harris Stickers
          Service Center
          white Woman
  white LAN  Md  1991  grey Car
     Linhual 2 Black Women (M) 28 22 Green Car

Pg. 34 of

Old white Man
(MD) XDH 306 Grey Car
360 Bath

White woman with glasses
Both ways
Honey Forever

Saval Foods Memorial Bld
Indra woman (MD) 1DT 8824
Criminal on cell phone

Harvand Candy, Md
Monday 5/31/21

At Pizza Hut - Varun DevaBHATTum
(404) 660 - 8888 - Elthus Park

12:05 pm
Rt 1 South
office away

Old man (MD) 150 355 white car
white woman (MD) 4CP99T3 Grey Car
02 336
Parks + Recreation white Manhon
white woman girl Drew

2 white woman (V) V 17X 3X62 Blue Car My way
white woman Nevada V39 M4S White car
white Man Georgia PXO BAR Grey Car
(MD) 4CZ 6676 Grey Car
(MD) 2EE 2673

Rt 1 North
12:05 pm

Latin Mart Oriental woman (MD) 9EM 7222 white Car
Both ways (MD) C6FXR81

Black MAN (MD) 8EM 5333 white car
white MAN (MD) 0041 - Black Teen Sutton Rd
white Man Blue Truck
→ white Man (MD) A309 106 Grey Car
Both ways on cell phone

white Car Black women
(Indra Company) Saval Food Service
white woman (MD) 7655

South St 1
Indra woman
Criminal on cell phone (MD) 1DT 8824
(MD) GLH 809
White car

white Man Mass. 7PV W10 gre
white woman
white MAN (DC) GC8876 Blue Car

white woman (PA) FSP 1495 Grey Car Al woman
(Baltimore Ravens Hat) Honey Forever
→ white woman Tried To Run Me over

20's yrs. old she's with Tall oriental Latin Man
2nd Latin Man on Purple Bike 40's yrs. old
Together on cell phone
A g AD has on Blue State Police Hat
A Cy He's with Latin Man State Trooper
on cell phone - He Threatened My Life
The (2) Latin Men Came From
Patapsco State park

(MD) Gpe 8000
(MD) 9199
(MD) Park Service (MD) 02495
(MD) 7636 Grey Car
(MD) 8EN 7907
(Blue) Truck Bl the woman 40's yrs. old
Green Soul Car
white Man White woman (MD) 4116 Drexel Chambersburg
→ Patapsco Valley State Park
Indra woman (MD) Grey Car

They both went To The Last House
on Sutton Rd (MD) 4DL 7211 Black
white Man Truck

Tip Die white woman (MD) 9DT 6372 Grey Car - Cowan
state
481 Md

Latin Man (MD) 3DL 7504 (Red) Camaro
On cell phone Threatened My Life
Sutton Rd

white woman Maryland exp 841 (Crime)
2 Latin women (MD) 9EJ 4630 white Car
+ 1 Latin Man
2 Latin Men + state (MD) 9199 Grey Car
Swat Imus Raul
Criminal Gang
White Man Ohio 254 888 Grey Car
Indra woman
Sutton Ave (MD) 759 327 Grey Car

Case 1:21-cv-01383-SAG Document 1-1 Filed 06/02/21 Page 35 of 37

600 Banyan St Palm Beach Police Department - Criminal Black Man with Head + White Man C??

LEONARD HALPERN + Hugh BRACKEN — Comic Murders;
Leonard + Steve Lowenden — Criminal with Corey Athey + 2 other white women
Both Lowenders in with STEVE + Carol Shapiro Yudris and Ross Yudris.

| | |
|---|---|
| PALM Beach, FL | 4 Hit Men Here Sonny Herman and Matthew Antonio |
| Wensday 3/10/21 | a U.S Marines on 3/30/03 They Tried to kill Me. |

3:00 pm
RT 1 South
opposite man

MARLAND White MAN employee — Ups + Black woman Talks to Mr. Lowit around
353 yrs. old Painting outside of Ups store when I came out of UPS. I went
ON My way To U.S Federal Court house, MRS, Mango U.S Marshall of Thes Bell          3:00 pm
My way
RT 1 North

In Orlady FL on I had seen MRS, MANGO with a U.S. Mar Shull White Man Criminal from Jacksonville, FL on RT 50
(wrote a Path) ITalian women MRS, MaNGo Inside of Ups Talks To MARLON White Man

RT 1 South
3:30 pm
opposite way

Seen with Rob Lowit 353 yrs. old Cousin,
Rob Lowit Cousin Painting Ups
with Latin Man Painting Ups,

RT 1 2900 Store City Girl - Criminal
S. Black women a) must Run Me over
(#) Fl. 5DM9253 - Silver car - 3:30 PM
TRIed to To Run Me over,

2 Black Men (FL) NFUN 5E, Enterprise Rental Truck
Sunset windows (FL) BNN344 grey car ( Nancy Nautty Friends)
(FL) CE4ZZ grey car

(Virginia) UNM 3518 Black car
2 white Men / white woman (FL) Bo1Y4 Silver Truck
MARLON (FL) Employee At The Ups STORe Criminal with Black woman.
White MAN (FL) JYAN89 Black car
2 Oriental women (FL) NDQ115 white car
woman (FL) KE4995 white car,
White MAN (FL) GA8872 white car
Barn hardt Construction
Extra Touch Flooring (FL) 805 SDT
2 black Men (FL) IFHY E4 2 Black car
white woman (FL) H YJ23 grey car
D, CRotis          (FL) J14 HN9 grey car
Palm Beach Cop
(FL) GXUN96 Red car.

These are Live cases I am worth as an Under-cover Feds

#11) Vincent Croce vs United States of America:
The Vincent Croce Gang and Larissa Labtel + Husband and 4 others who
Also were convicted and went to Prison for 4½ years to 6 years.
9 other people in the Blue Cross Mail Room were filled with ties to the Mafia were
never prosecuted. Monte Compassnano in with Comcast cable and Vincent + Pat Croce.
at the Phila 76 ers since 1986. Joe Compassnano of Century 21 Lewtsch Castran & McKinley
also in with Vincent Croce + Pat Croce. Sure Compassnano and Boss of Victoria Secrets
Alex Wexler and Jeff Epstein gang in on the coverups of Independence Blue Cross East +
Moe Ellen Brand + Alex Dierson all committed Felones against me for the 76 ers coverup Team
Bill Naulty + Frank Zepha of Monty Compassnano, Joe Compassnano and Sue Compass Frauds on 7/24/03 the fatality

Ex NJ Governor #12) The Chris Christy, Congressman John Runyan, My NJ Port Authority Boss
David Samson, Bill Baronte, Bridy of Ann Kelly, David Wildstein,
David Fox all were involved in Bridge Gates Bill Naulty Accountant
and cousins Charlie Naulty, Chucky Ferace criminal all the Naulty's tried to
kill Me on 7/24/03 Matthew Antonyo + Sammy Hermaya in with Herman Miller
Paul Miller, Jack Miller, Joe Miller, Bill Miller, Teresa Miller, Dawn Miller.
LT Joe Greco Seventeam Police, Paul Mursella + Richard Gertz My Uncle, in with
A Red were Attorneys David Kline, Felicia Bruno, Paul Villarte from the same
Law Firm. Felicia Bruno—a cousin of Mafia Boss Angelo Bruno was in with
Frank Russo + Frank Izzi of the Delaware County Pa. Department of Corrections and
Melvin Shah and Attorney Greg Mallon were also in with This Gang into crashed into their car
Attorney's Hugh Bracken md. Frank Cutruzzle were illegally tracking me an undercover
Fedes at this time and a Federal Informant + Federal witness,
but they did NOT throw this at This time tracking Me with Steve + Carol Shapiro Yoffe
and Montgomery County Ex District Attorney Bruce Castor and crashed Attorney's
Cher Mol Fishman On 12/7/2017 at the New Boss Friend of Kevin Steele New District attorney
Cher Mol Fishman Threaten Me. They all obstructed Justice and Irene part of a Criminal Gang of 5 or More.
Cher Mol Fishman stated, "That I was going down Cher Mol and his Jewish Partner
had followed Me to the New District Attorney's office Kevin Steele.
Cher Mol Fishman employees I had caught following Me for years, They had Threatened My Life.
Is had caught 7 Attorney For Cher Mol Fishman following me into the DEUS Attorney's
office in Philly Philtre was there to see USA Attorney Zane Memshar who was criminal at this time and in with them
Adolp De Anderew fierer Silva, Ld. John Hanch, Janet Noghraste, Lynn Dost, Crystal Brumin + Tiger Gossett + Pam Johnson

(#7) The Philadelphia Police Matters Million dollar slush fund criminal case were every Department stole out of the Petty Cash. This was reported by the Grand City controller to Attorney General Josh Shapiro because Seth Williams and Kathy Hunth, Phil Vargas, Rich Whiteleed, and Frank Fina all were to crooked at the Philadelphia District Attorney's Office from 2005 to 2016.

(#8) Donald Trump obstructed Justice with Attorney General William Bahr R. into all My cases. I was involved with my appeal. Donald Trump 1st fired The Great Jeff Sessions who was still connecting criminals with Me in The Brikgate case and the David Simson, David Fox and Simson + Wolff Law Firm Litigation cases. Also David Simson accepted a bribe and plead guilty. Donald Trump fired Paul Fishman and M.R. Berman all US Attorney's.

(#5) Donald Trump obstructed Justice into the Jeff Epstein, Mark Epstein, Julian Epstein, David Epstein, Jean Luc Brunel, Ghislaine Maxwell + Mitch Little, Alex Weakter, Virdwin Severlos cousins, Peter SynGuard, 2006 Mayor of West Palm Beach, Nadine Mascmakwira, Sara Kellen, Prince Andrew, Fergie,

(Trump obstructed)(#4) Brandaunt Dan Brett + Charlie Brett all New Steven Thatts, Robert Smith + Ray Smith tricked into pull off Mobst Unions Ray Smith + wife Cadric Smith, Steve Smith, Henry Smith, Rich Smith, Shalu Smith, Braiden Brett + Jew Firm Brett Dan Brett, Hally Brett

(#6) Myran + Mrs. Victor Dreindl vs. US of America her and her husband stole 30 Million dollars with Conston Inc. Accountants. The Acountant wired the Money into a Swiss Bank account in Conspiracy to commit Grand Theft and the commiting of Grand Theft. IRA Quant, Charlie Conston, Mrs. Vella della-Nadria Account brought in Mr. Mrs. Victor Dreindl of Cascade Soaps to Rob their own company. They did this for The Insurance Money of a Chapter 13. Bankrupt Company. The others involved were Scot Rothstein, Rosen Feldt and Adler Law Firm, Anthony + John Rothstein, Debbie Villegas, Britt Lewis. This is a criminal Gang with Scot Rothstein and Uncle Bill Ermanites + Uncle Bill Lives at 100 N. Ocean Ave. on Palm Beach Island in Palmbeach Florida. About 2 things a Month he Laundered Millions of Dollars for Scot Rothstein - Ponzi Scheme 1.2 Billion Dollars. I was suppose to meet Victor Dreindl with another Man and flushe The Money TO A Morrican Bank on or around 1993 as Undercovers. I wrote this in 10/2006 to Federal Judges for Fawcett, Greg Presnell, Kendle Sharp. Proof in 2009 Scot Rothstein fled with all Million dollars to Morocco,

This was