For the      District of Maryland

Frank Brett                                    Case No.
    vs.

#1. President Donald Trump          #6. Mnr Right.
#2. Attorney General William BARR    #7. Mrs Brenashe
#3. Tina Mane PA Blffor at U.S. Attorney office   #8. Guy Williams
#4. Catholic Monsignor Keith O'Hare - St. Paul's church  #9. ✗
#5. Mn Crittenden

## Motion To Include 3 White Men Marshalls at

The Entry way around 3:45 p.m. on Friday 4/9/21 to Jacksonville, FL. US.
Federal Courthouse. Paul and Mike and Unknown 3 white Men with Newton, Maryshie
Mike. The 1 white Man U.S. Marshall I have seen in several states beth other
police officers. In Havertown, Pa. The Middle Man U.S. Marshall Jogged in Havertown,
PA. Mike on Darby Rd. To Princeton Rd. and he stoped at The O'Briens Home and Turned
Around and Jogged To The Lyons Home and Than To Mike and Debbie McGlones Home
Then he Jogged Back onto Darby Rd. where officer Henrey was stoped and talked
to the U.S. Marshall. He told him I was Following him from The Police Station.
Officer Henrey stoped Me In Front of Haverford Middle School. He questioned Me
and I did not Talk. I wrote it down on papers. I watched Mike The U.S. Marshall
Jog in Martin County to Jog To And Go up Rob Jones street and he Jogged To Grace Chapel Church and out of sight.
Then officer Henrey let Me go. He obstructed Justice again with officer Demic and Seidel
Later that day. Officer Mr. Henrey - officer Maguire tried to have me run over on Rt. 3 on Warrior Rd.
in 2017. In Havertown, Pa. My 1st Day in Havertown, Pa. with a Black woman Jogger in with
Upper Darby, Pa. Cop Mr. Roe and The #3 white Man Cop unknown who Refused to
give Me his Name but I turned in his Police Car Numbers and handed this to Steve Carramella
who steals Important police documents since I 1st Met him. Steve had 4 Family Members
Obominated for their crimes against Me and the U.S. Government with Mr. Prevello, John Stark,
Dan McCormack should never have been allowed Near Me. Marie - Court clerk should have
been Fired with Mande D'Andrew The Boss of The Court Clerks In Harrisburg after Fun stealing
Valuable documents. Nichole Dorso whole family screwed Me and stole documents too
Phil Lewitt Beat My old girlfriend Kristy Santo & le 3 her cousin Foto 102 Million dollars
Independence Blue Cross East 5 court cases Including 15.9 Million dollars Item
Vincent Croce & Larissa Lubold & her husband and 4 others. Ann Murphy Jogged in 8/21
In Front of St. Kathryns of Sienna Priest McArdle & Monsignor whole staff Colluded with Lyons Family

Frank Brett
Frank Brett
822 Johnston St,
Phila. Pa 19148